**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CLAYTON WILSON

v. C.A. No: 07-053 S

THE UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF
THE NAVY, TRITON MARINE CON-
STRUCTION CORP., alias, and THE
HASKELL COMPANY, alias

**ANSWER OF DEFENDANT**
**TRITON MARINE CONSTRUCTION CORP.**

1. Defendant, Triton Marine Construction Corp., is without sufficient knowledge to form a belief as to the truth of this allegation of Plaintiff's Complaint and leaves Plaintiff to his proof.

2. Defendant, Triton Marine Construction Corp., is without sufficient knowledge to form a belief as to the truth of this allegation of Plaintiff's Complaint and leaves Plaintiff to his proof.

3. Defendant, Triton Marine Construction Corp., is without sufficient knowledge to form a belief as to the truth of this allegation of Plaintiff's Complaint and leaves Plaintiff to his proof.

4. Admitted.

5. Defendant, Triton Marine Construction Corp., is without sufficient knowledge to form a belief as to the truth of this allegation of Plaintiff's Complaint and leaves Plaintiff to his proof.

6. Defendant, Triton Marine Construction Corp., is without sufficient knowledge to form a belief as to the truth of this allegation of Plaintiff's Complaint and leaves Plaintiff to his proof.

7. Defendant, Triton Marine Construction Corp., is without sufficient knowledge to form a belief as to the truth of this allegation of Plaintiff's Complaint and leaves Plaintiff to his proof.

8. Defendant, Triton Marine Construction Corp., is without sufficient knowledge to form a belief as to the truth of this allegation of Plaintiff's Complaint and leaves Plaintiff to his proof.

9. Denied.

10. Denied.

11. Defendant, Triton Marine Construction Corp., is without sufficient knowledge to form a belief as to the truth of this allegation of Plaintiff's Complaint and leaves Plaintiff to his proof.

12. Defendant, Triton Marine Construction Corp., admits that it entered into a contract to perform construction services upon the applied instruction building, at the Naval Station, Newport, Rhode Island, but denies that the remaining allegations of this paragraph of Plaintiff's Complaint are an accurate statement of the terms of the contract.

13. Defendant, Triton Marine Construction Corp., admits that it entered into a subcontract with The Haskell Company but denies that the remaining allegations of this paragraph of Plaintiff's Complaint are an accurate statement of the terms of the contract.

14. Denied.

15. Denied.

16. The allegations of this paragraph of Plaintiff's Complaint are addressed to a party other than Defendant, Triton Marine Construction Corp. As such, no response is required of Defendant, Triton Marine Construction Corp. To the extent that this paragraph can be construed to address allegations to Triton Marine Construction Corp., all such allegations are denied.

17. The allegations of this paragraph of Plaintiff's Complaint are addressed to a party other than Defendant, Triton Marine Construction Corp. As such, no response is required of Defendant, Triton Marine Construction Corp. To the extent that this paragraph can be construed to address allegations to Triton Marine Construction Corp., all such allegations are denied.

18. Denied.

19. Denied.

20. Denied.

21. Defendant, Triton Marine Construction Corp., is without sufficient knowledge to form a belief as to the truth of this allegation of Plaintiff's Complaint and leaves Plaintiff to his proof.

22. Defendant, Triton Marine Construction Corp., is without sufficient knowledge to form a belief as to the truth of this allegation of Plaintiff's Complaint and leaves Plaintiff to his proof.

23. Defendant, Triton Marine Construction Corp., is without sufficient knowledge to form a belief as to the truth of this allegation of Plaintiff's Complaint and leaves Plaintiff to his proof.

24. Defendant, Triton Marine Construction Corp., is without sufficient knowledge to form a belief as to the truth of this allegation of Plaintiff's Complaint and leaves Plaintiff to his proof.

25. Defendant, Triton Marine Construction Corp., is without sufficient knowledge to form a belief as to the truth of this allegation of Plaintiff's Complaint and leaves Plaintiff to his proof.

26. Defendant, Triton Marine Construction Corp., is without sufficient knowledge to form a belief as to the truth of this allegation of Plaintiff's Complaint and leaves Plaintiff to his proof.

27. Denied.

28. Denied.

29. Denied.

**COUNT I**

**(Triton-Negligence)**

30. Defendant, Triton Marine Construction Corp., hereby repeats and re-alleges allegations of paragraphs 1-29 above as if fully set forth herein.

31. Denied.

32. Denied.

**COUNT II**

**(Triton – Breach of Contract)**

33. Defendant, Triton Marine Construction Corp., hereby repeats and re-alleges allegations of paragraphs 1-32 above as if fully set forth herein.

34. Denied.

35. Denied.

**COUNT III**

**(Haskell – Negligence)**

36. Defendant, Triton Marine Construction Corp., hereby repeats and re-alleges allegations of paragraphs 1-35 above as if fully set forth herein.

37-38. The allegations of this Count of Plaintiff's Complaint are addressed to a party other than Defendant, Triton Marine Construction Corp. As such, no response is required by Defendant, Triton Marine Construction Corp. To the extent that any allegations of this Count of Plaintiff's Complaint can be construed to be addressed to Defendant Triton Marine Construction Corp., all such allegations are denied.

**COUNT IV**

**(United States and Navy – FTCA)**

39. Defendant, Triton Marine Construction Corp., hereby repeats and re-alleges allegations of paragraphs 1-38 above as if fully set forth herein.

40-42. The allegations of this Count of Plaintiff's Complaint are addressed to a party other than Defendant, Triton Marine Construction Corp. As such, no response is required by Defendant, Triton Marine Construction Corp. To the extent that any allegations of this Count of Plaintiff's Complaint can be construed to be addressed to Defendant Triton Marine Construction Corp., all such allegations are denied.

WHEREFORE, Defendant, Triton Marine Construction Corp., demands judgment in its favor and that Plaintiff's Complaint be denied and dismissed, plus costs.

**AFFIRMATIVE DEFENSES**

1. Plaintiff's Complaint fails to state a claim against Defendant, Triton Marine Construction Corp., upon which relief may be granted.

2. Plaintiff's injuries and damages, if any, are due to Plaintiff's own comparative negligence or the negligence of other parties for whom Defendant, Triton Marine Construction Corp., is not liable.

3. Plaintiff assumed the risk of his injuries.

4. This Court lacks subject matter, personal and diversity jurisdiction over Defendant, Triton Marine Construction Corp.

**MICHAEL R. DE LUCA, R.I. BAR NO. 3663, IS DESIGNATED TRIAL COUNSEL.**

**DEFENDANT, TRITON MARINE CONSTRUCTION CORP., DEMANDS TRIAL BY JURY.**

Defendant,
Triton Marine Construction Corp.
By its Attorneys:

/s/ Michael R. De Luca

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax
mrd@gsm-law.com

**CERTIFICATION**

J. Scott Kilpatrick, Esq.
Chisholm, Chisholm & Kilpatrick
One Turks Head Place, Suite 1313
Providence, RI 02903

The document has been filed electronically and it is available for viewing and downloading from the ECF system. I hereby certify that on the 26th day of February, 2007, a true and correct copy of the within was mailed first class, postage pre-paid to the above addresses.

/s/ Michael R. De Luca