AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CLAYTON WILSON

V.

THE UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-053S

TO: (Name and address of Defendant)

The Haskell Company
c/o Registered Agent - Raxco
50 N. Laura St. Suite 3300
Jacksonville, FL 32202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Scott Kilpatrick, Esq.
Chisholm Chisholm & Kilpatrick, Esq.
One Turks Head Place - Suite 1313
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/16/07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 3/1/07 |
|---|---|
| NAME OF SERVER *(PRINT)* Bobby Brumfield | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: Hal Skinner, Partner

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/2/07
Date

Bobby B[signature]
Signature of Server

Valentine
3217 Atlantic Blvd Jacksonville, FL 32207
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**CLAYTON WILSON**

Plaintiff/Petitioner, **CASE NO.: 07-053S**

vs.

**UNITED STATES OF AMERICA**

Defendant/Respondent.

______________________________/

**AFFIDAVIT OF SERVICE**

Pursuant to the request of **CHISOLM CHISOLM &KILPATRICK**, received this process on **02/27/2007** at **1:50 PM** to be served upon:

**THE HASKELL COMPANY c/o registered Agent – Raxco**

ss.

I, **BOBBY BRUMFIELD**, depose and say that:

On **03/01/2007** at **9:59 AM,** I served the within **SUMMONS IN A CIVIL CASE** on **THE HASKELL COMPANY c/o registered Agent – Raxco** at **50 N LAURA STREET SUITE 3300, JACKSONVILLE, FL 32202** in the manner indicated below:

**PARTNERSHIP:** – F.S. 48.061 (1)**:** By delivering a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) to **HAL SKINNER** , **PARTNER** of the above named partnership and informing him/her of the contents.

Sworn to and subscribed before me on this 2 day of March, 2007 by an affiant who is personally known to me or produced identification.

______________________________
NOTARY PUBLIC

JO ANN LEWIS
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # DD479951
EXPIRES 10/24/2009
BONDED THRU 1-888-NOTARY

x ______________________________
BOBBY BRUMFIELD - Cert/Appt#:
Valentine Processing, Inc.
3217 Atlantic Blvd
Jacksonville, FL 32207
904.720-2111
Client File#: - Our File# **201**