UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CLAYTON WILSON<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF THE NAVY and TRITON MARINE CONSTRUCTION CORP., alias<br><br>Defendants. | : | Civil Action: 07-053S |

**AFFIDAVIT OF SERVICE**

I, J. Scott Kilpatrick, on oath, hereby deposes and says as follows:

1) That I am the attorney for the Plaintiff in the above entitled matter.

2) A Complaint was filed with the United States District Court for the District of Rhode Island on February 7, 2007.

3) That pursuant to Rule 4 of the United States District Court Rules of Civil Procedure, a Summons and Complaint was served upon the Defendant, United States of America and United States Navy Department by serving the United States Attorney's Office located at 50 Kennedy Plaza, Providence, Rhode Island on February 8, 2007.

4) That pursuant to Rule 4(i) of the United States District Court Rules of Civil Procedure, on February 8, 2007, I forwarded by certified mail, return receipt requested a copy of the Summons and Complaint to the Defendants, United States of America and United States Department of the Navy addressed to the Honorable Alberto R. Gonzales, United States Attorney General, US Department of Justice, Main Building, 950 Pennsylvania Avenue NW, Rm. 2252, Washington, D.C.. A copy of said letters are attached as Exhibits A & B.

5) Defendants, United States of America and United States Department of the Navy received the copy of the Summons and Complaint on or about February 12, 2007.

A copy of the Post Office Certified Mail Receipt and Domestic Return Receipt is attached as Exhibit C & D.

6) That pursuant to Rule 15(a) of the United States District Court Rules of Civil Procedure, an Amended Complaint was filed in the US District Court for the District of Rhode Island on February 15, 2007.

7) That pursuant to Rule 4 of the United States District Court Rules of Civil Procedure, a Summons and Amended Complaint was served upon the Defendant, United States of America and United States Navy Department by serving the United States Attorney's Office located at 50 Kennedy Plaza, Providence, Rhode Island on February 20, 2007.

8) That pursuant to Rule 4(i) of the United States District Court Rules of Civil Procedure, on February 20, 2007, I forwarded by certified mail, return receipt requested a copy of the Summons and Amended Complaint to the Defendants, United States of America and United States Department of the Navy addressed to the Honorable Alberto R. Gonzales, United States Attorney General, US Department of Justice, Main Building, 950 Pennsylvania Avenue NW, Rm. 2252, Washington, D.C.. A copy of said letters are attached as Exhibits E & F.

9) Defendants, United States of America and United States Department of the Navy received the copy of the Summons and Amended Complaint on or about February 26, 2007. A copy of the Post Office Certified Mail Receipt and Domestic Return Receipt is attached as Exhibit G & H.

J. Scott Kilpatrick, Esq. #4036

Subscribed and sworn to before me this 14th day of March, 2007, in Providence, Rhode Island.

Notary Public

My Commission Expires: 6/18/09