**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CLAYTON WILSON,**<br>**Plaintiff,** | : | |
| **v.** | : | **C.A. No.: 07-053S** |
| **THE UNITED STATES OF AMERICA,** | : | |
| **UNITED STATES DEPARTMENT OF THE NAVY,** | : | |
| **TRITON MARINE CONSTRUCTION CORP., alias,** | : | |
| **And THE HASKELL COMPANY, alias,**<br>**Defendants.** | : | |

**NOTICE OF APPEARANCE**

TO THE CLERK IN THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the Defendant, The Haskell Company, in the above-entitled action.

Defendant,
**THE HASKELL COMPANY,**
By its attorneys,

__/s/ Valerie N. Kloecker_____ ______
Valerie N. Kloecker (#7327)
Bonner Kiernan Trebach & Crociata, LLP
55 Pine Street
Providence, RI 02903
Phone: (800) 840-5087
Fax: (617) 426-0380
vkloecker@bktc.net

DATED: March 20, 2007

Please send all correspondence to:
Valerie N. Kloecker
One Liberty Square, 6th Floor
Boston, MA 02109

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing document has been mailed, on this 20th day of March, 2007 to all counsel of record.

J. Scott Kilpatrick, Esq.
Chisholm Chisholm & Kilpatrick, LLC
One Turks Head Place, Suite 1313
Providence, RI 02903

Michael R. DeLuca, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

/s/ Valerie N. Kloecker
Valerie N. Kloecker