**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CLAYTON WILSON

v. C.A. No: 07-053 S

THE UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF THE NAVY, TRITON MARINE CONSTRUCTION CORP., alias, and THE HASKELL COMPANY, alias

**DEFENDANT TRITON MARINE CONSTRUCTION CORP.'S ANSWER TO CROSS-CLAIM OF DEFENDANT THE HASKELL COMPANY**

1. Admitted.
2. Admitted.
3. Admitted.

**COUNT I**

**(Triton-Negligence)**

4. Defendant, Triton Marine Construction Corp., re-alleges and incorporates by reference paragraphs 1-3 above as if fully set forth herein.
5. Admitted.
6. Admitted.
7. Admitted.
8. Denied.
9. Denied.

WHEREFORE, Defendant, Triton Marine Construction Corp., demands judgment in its favor and that the cross-claim of Defendant, The Haskell Company, be denied and dismissed, plus costs and attorneys' fees.

**COUNT II**

**(Triton-Common Law Indemnification)**

10. Defendant, Triton Marine Construction Corp., re-alleges and incorporates by reference paragraphs 1-9 above as if fully set forth herein.
11. Admitted.
12. Denied.

13. Denied.

WHEREFORE, Defendant, Triton Marine Construction Corp., demands judgment in its favor and that the cross-claim of Defendant, The Haskell Company, be denied and dismissed, plus costs and attorneys' fees.

**COUNT III**

**(United States and Navy – Negligence)**

14-19. The allegations of this Count of Defendant The Haskell Company's cross-claim is addressed to parties other than Defendant, Triton Marine Construction Corp., and for whom Defendant, Triton Marine Construction Corp., is not liable. Therefore, no responsive pleading is required of Defendant, Triton Marine Construction Corp. To the extent that the allegations contained in this Count of Defendant The Haskell Company's cross-claim can be interpreted to be addressed against Defendant, Triton Marine Construction Corp., all such allegations are denied.

**COUNT IV**

**(United States and Navy – Common Law Indemnification)**

20-23. The allegations of this Count of Defendant The Haskell Company's cross-claim is addressed to parties other than Defendant, Triton Marine Construction Corp., and for whom Defendant, Triton Marine Construction Corp., is not liable. Therefore, no responsive pleading is required of Defendant, Triton Marine Construction Corp. To the extent that the allegations contained in this Count of Defendant The Haskell Company's cross-claim can be interpreted to be addressed against Defendant, Triton Marine Construction Corp., all such allegations are denied.

**MICHAEL R. DE LUCA, R.I. BAR NO. 3663, IS DESIGNATED TRIAL COUNSEL. DEFENDANT, TRITON MARINE CONSTRUCTION CORP., DEMANDS TRIAL BY JURY.**

Defendant,
Triton Marine Construction Corp.
By its Attorneys:

/s/ Michael R. De Luca

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 (401) 331-9304 fax
mrd@gsm-law.com

**CERTIFICATION**

J. Scott Kilpatrick, Esq.
Chisholm, Chisholm & Kilpatrick
One Turks Head Place, Suite 1313
Providence, RI 02903

Valerie N. Kloecker
Bonner, Kiernan, Trebach & Crociata
55 Pine Street
Providence, RI 02903

The document has been filed electronically and it is available for viewing and downloading from the ECF system. I hereby certify that on the 17th day of April, 2007, a true and correct copy of the within was mailed first class, postage pre-paid to the above addresses.

/s/ Michael R. De Luca
___________________________________