| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLI... ...N NO.<br>N62472-00-R-0800 | 2. TYPE OF SOLICITATION<br>☐ SEALED BID (IFB)<br>☒ NEGOTIATED (RFP) | . ATE ISSUED<br>05-May-2000 | PAGE OF PAGES<br>1 OF 143 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| . NTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| N62472-00-D-0800 | PR-N62472-00-R-0800 | MAJOR (MACC) |

| 7 ISSUED BY CODE N62472 | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| Naval Facilities Engineering Command<br>Northern Division<br>10 Industrial Highway<br>Mail Stop #82<br><br>LESTER, PA 19113-2090 | **See Item 7** |

| 9. FOR INFORMATION CALL: | A. NAME<br>Al Randazzo | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)*<br>610-595-0623 |
|---|---|---|

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

PROJECT TITLE: MAJOR MACC, MULTIPLE AWARD CONSTRUCTION CONTRACT, NORTHERN DIVISION 10 STATE AREA WICH INCLUDES MAINE, NEW HAMPSHIRE, RHODE ISLAND, CONNECTICUT, VERMONT, MASSACHUSETTS, NEW YORK, NEW JERSEY, PENNSYLVANIA AND DELAWARE.

PROJECT DESCRIPTION: THE WORK WILL INCLUDE NEW CONSTRUCTION, ALTERATION, RENOVATION, MAINTENANCE, DEMOLITION AND DESIGN BUILD PROJECTS.

SPECIFICATION NO. 04-00-0800

.MATED COST RANGE FOR THE SEED PROJECT: OVER $10,000,000.00

THIS ACQUISTION IS BEING ISSUED AS UNRESTRICTED

PRE-PROPOSAL CONFERENCE IS SCHEDULED FOR 0900 ON THURSDAY, 18 MAY 2000, AT NORTHERN DIVISION, LESTER PA. (SEE SECTION 00155 FOR ADDITIONAL INFORMATION)

SITE VISIT INFORMATION AND SECURITY CLEARANCE( SEE SECTION 00155)(TIME AND DATE FOR SITE VISIT WILL BE ISSUED BY AMENDMENT)

SPECIALIZED EXPERIENCE REQUIREMENTS (SECTION 00155)

11. The Contractor shall begin performance within 15 calendar days and complete it within ______ calendar days after receiving N/A
☒ award, ☐ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. *(See* Section 00700 *.)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)*<br>☒ YES ☐ NO UPON ISSUANCE OF TASK ORDERS | 12B. CALENDAR DAYS<br>15 N/A |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 6 copies to perform the work required are due at the place specified in Item 8 by 14:00:00 *(hour)* local time 6/5/00 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D ...rs providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

## SOLICITATION, OFFER, AND AWARD (Continued)
*(Construction, Alteration, or Repair)*

### OFFER *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*

TRITON MARINE CONSTRUCTION CORP
2181 CHICO WAY NW
BREMERTON, WA 98312

DUNS NO.: 16-168-0863 CAGE NO.: OC5S4
TIN NO.: 54-1403361

CODE | FACILITY CODE

15. TELEPHONE NO. *(Include area code)*
(360) 373-7090

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*
See Item 14

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS: SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | 0001 | 0002 | 0003 | 0004 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 11-MAY 2000 | 22-MAY 2000 | 1 JUNE 2000 | 2 JUNE 2000 | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* JOHN J. LEWIS VICE-PRESIDENT

20B. SIGNATURE [signature]

20C. OFFER DATE: JUNE 5, 2000

### AWARD *(To be completed by Government)*

21. ITEMS ACCEPTED:

**SEE SCHEDULE**

COMPLETION DATE 12///05

22. AMOUNT: N/A

23. ACCOUNTING AND APPROPRIATION DATA: N/A

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* — ITEM 26

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c)

26. ADMINISTERED BY — CODE

NORTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
10 INDUSTRIAL HIGHWAY MS#82
LESTER PA 19113-2090

27. PAYMENT WILL BE MADE BY — CODE

DFAS
OPERATING LOCATION ATTN: C/FPV
P.O. BOX 23870
OAKLAND, CA 94623-3870

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☒ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award summates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. AWARD IS MADE PURSUANT TO THE SMALL BUSINESS DEMONISTRATION PROGRAM

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*: ROBERT G. SMITH

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA BY [signature: Robert G. Smith]

31C. AWARD DATE: 12///00

NAVFAC SPECIFICATION: 04-00-0800, SOLICITATION NUMBER; N62472-00-R-0800 MULTIPLE AWARD CONSTUCTION CONTRACT (MACC) CONCENTRATED IN NORTHERN DIVISION'S TEN (10) STATE AREA OF RESPONSIBILITY WHICH INCLUDES ME, NH, RI, CT, VT, MA, NY, NJ, PA and DE.

Contract N62472-00-D-0800, is hereby awarded to Triton Marine Construction Co., for the guaranteed minimum amount of $5,000.00. Total compensation under this contract shall not exceed $100,000,000.00 over the five (5) year period of performance from the date of this award. This contract is awarded in conjunction with contracts N62472-00-D-0801, N62472-00-D-0802, and N62472-00-D-0803.

Contract N62472-00-D-0800, Task Order 001 (Attached) is also awarded to Triton Marine Construction Co. in the amount of $13,000,000.00 incorporating price proposals dated 18 August 2000, 28 August 2000, 11 September 2000, 31 October 2000 and 3 November 2000. This award satisfies the Major MACC contract's guaranteed minimum amount of $5,000.00.

Contract N62472-00-D-0800 incorporates the following technical sections of Triton Marine's proposal dated 5 June 2000, 28 June 2000, which apply to the Major MACC contract and the seed project:

Factor 2 – Management Approach
Factor 4 – Technical Experience, Expertise and Qualifications
Factor 5 - Commitment to Small Business

Small Business Subcontracting Plan dated 06 December 2000 is Hereby incorporated into the contract N62472-00-D-0800 and attached hereto.

Pursuant to FAC 5252.237-9301, Substitutions of Key Personnel, contained in the solicitation and the contractor's technical proposal dated 5 June 2000 and 28 June 2000, the following personnel are hereby designated as Key Personnel:

**John J. Lewis - General Manager MACC Contract**

Richard H. Byerly – Project Manager (Seed Project)
Patrick Finn – Project Superintendent (Seed Project)
David Rolfs – Quality Control Manager (Seed Project)

Payment for all Task Orders issued under this contract will be paid by:

Defense Finance and Accounting Office
Operating Location, Attn: Code FPV
P.O. Box 23870
Oakland, CA 94623-3870

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N62472-00-R-0800 | PAGE 10 OF 147 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

(10) A written award or acceptance of proposal mailed or otherwise furnished to the successful offeror within the time specified in the proposal shall result in a binding contract without further action by either party.

(11) The Government may disclose the following information in postaward debriefings to other offerors:

(i) The overall evaluated cost or price and technical rating of the successful offeror;

(ii) The overall ranking of all offerors, when any ranking was developed by the agency during source selection;

(iii) A summary of the rationale for award; and

(iv) For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror.

(End of provision)

52.216-27 SINGLE OR MULTIPLE AWARDS. (OCT 1995)

The Government may elect to award a single delivery order contract or task order contract or to award multiple delivery order contracts or task order contracts for the same or similar supplies or services to two or more sources under this solicitation.

52.228-5 INSURANCE--WORK ON A GOVERNMENT INSTALLATION (JAN 1997)

(a) The Contractor shall, at its own expense, provide and maintain during the entire performance of this contract, at least the kinds and minimum amounts of insurance required in the Schedule or elsewhere in the contract.

(b) Before commencing work under this contract, the Contractor shall notify the Contracting Officer in writing that the required insurance has been obtained. The policies evidencing required insurance shall contain an endorsement to the effect that any cancellation or any material change adversely affecting the Government's interest shall not be effective (1) for such period as the laws of the State in which this contract is to be performed prescribe, or (2) until 30 days after the insurer or the Contractor gives written notice to the Contracting Officer, whichever period is longer.

(c) The Contractor shall insert the substance of this clause, including this paragraph (c), in subcontracts under this contract that require work on a Government installation and shall require subcontractors to provide and maintain the insurance required in the Schedule or elsewhere in the contract. The Contractor shall maintain a copy of all subcontractors' proofs of required insurance, and shall make copies available to the Contracting Officer upon request.

(End of clause)

**ADDITIONAL INSURANCE INFORMATION**

a. The Contractor shall procure and maintain during the entire period of performance under this contract the following minimum insurance coverage.

(1) Comprehensive General Liability: $500,000 per occurrence.

(2) Automobile Liability: $200,000 per person, $500,000 per occurrence, $20,000 per occurrence for property damage.

(3) Workmen's Compensation: As required by Federal and State workers' compensation and occupational disease statutes.

(4) Employer's Liability Coverage: $100,000 except in states where workers' compensation may not be written by private carriers.

(5) Other as required by State law.

b. Prior to commencement of work, the Contract shall furnish to the Contracting Officer a certificate of the above required insurance. The policies evidencing required insurance shall contain an endorsement to the effect that any cancellation or any material change adversely affecting the interests of the Government shall not be effective until thirty (30) days after the insurer gives written notice to the certificate holder.

52.233-2 SERVICE OF PROTEST (AUG 1996)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from

CONTRACTING OFFICER CODE 02D
NAVAL FACILITIES ENGINEERING COMMAND
10 INDUSTRIAL HIGHWAY, MAIL STOP 82
LESTER, PA 19112-2090

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of provision)

52.236-28 PREPARATION OF PROPOSALS--CONSTRUCTION (OCT 1997)

(a) Proposals must be (1) submitted on the forms furnished by the Government or on copies of those forms, and (2) manually signed. The person signing a proposal must initial each erasure or change appearing on any proposal form.

(b) The proposal form may require offerors to submit proposed prices for one or more items on various bases, including--

(1) Lump sum price;

(2) Alternate prices;

(3) Units of construction; or

(4) Any combination of paragraphs (b)(1) through (b)(3) of this provision.

(c) If the solicitation requires submission of a proposal on all items, failure to do so may result in the proposal being rejected without further consideration. If a proposal on all items is not required, offerors should insert the words ``no proposal'' in the space provided for any item on which no price is submitted.

(d) Alternate proposals will not be considered unless this solicitation authorizes their submission.

(End of provision)

252.210-7002 AVAILABILITY FOR EXAMINATION OF SPECIFICATIONS, STANDARDS, PLANS, DRAWINGS, DATA ITEM DESCRIPTIONS, AND OTHER PERTINENT DOCUMENTS (DEC. 1991)

The specifications, standards, plans, drawings, data item descriptions, and other pertinent documents cited in this solicitation are not available for distribution but may be examined at the following location:

NORTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
10 INDUSTRIAL HIGHWAY MSC 82
LESTER, PA 19112-2090

(End of Clause)

**5252.201-9300; CONTRACTING OFFICER AUTHORITY (JUN 1994)**

In no event shall any understanding or agreement between the Contractor and any Government employee __ other than the Contracting Officer on any contract, modification, change order, letter or verbal direction to the Contractor be effective or binding upon the Government. All such actions must be formalized by a proper contractual document executed by an appointed Contracting Officer. The Contractor is hereby put on notice that in the event a Government employee other than the Contracting Officer directs a change in the work to be performed or increases the scope of the work to be performed, it is the Contractor's responsibility to make inquiry of the Contracting Officer before making the deviation. Payments will not be made without being authorized by an appointed Contracting Officer with the legal authority to bind the Government.

(End of clause)

**5252.228-9300 - INDIVIDUAL SURETY/SURETIES (JUN 1994)**

As prescribed in FAR 28.203(a), individual sureties will be permitted. In order for the Contracting Officer to make a determination as to the acceptability of individuals proposed as sureties, as prescribed in FAR 28-203(b), all proposers who submit bonds which are executed by individual sureties are requested to furnish additional information in support of SF-28, Affidavit of Individual Surety, with the bonds. Pursuant to Instruction 3(b) of Standard Form 24, the Bond, Standard Form 25, the Performance Bond, and the Standard Form 25A, the Payment Bond, the Contracting Officer requests the following information:

(a) Equity Securities (Stock):

(1) State the place(s) of incorporation and address of the principal place of business for each issuing corporation listed.

(2) State whether the security issued was issued by public or private offering and give the place of registration of the security.

(3) State whether the security is presently, actively traded.

(b) Debt Securities (Bonds) and Certificates of Deposit:

(1) List the type of bonds held and their maturity dates.

(2) State the name, address, and telephone number of the issuing agency, firm or individual.

(3) State the complete address(es) where the bonds are held.

(4) State whether the bonds have been pledged as security or have otherwise been encumbered.

(c) Real Property Interests:

(1) Provide complete recording data for the conveyance of each parcel or interest listed to the individual proposed as surety.

(2) State whether the values listed are based upon personal evaluation or evaluation of an experienced real estate appraiser. If available, provide copies of written appraisals.

(3) State the method(s) of valuation upon which appraisal is based.

(4) Provide the assessed value of each property interest listed utilized by the appropriate tax assessor for purposes of property taxation.

(5) Provide the telephone number, including area code, for the tax assessor who performed the most recent tax assessment.

(6) State whether each real property interest listed is currently under lien or in any way encumbered and the dollar amount of each such lien or encumbrance.

(d) Persons Proposed as Individual Sureties:

(1) A current list of all other bonds (bid, performance, and payment) on which the individual is a surety and bonds for which the individual is requesting to be a surety.

(2) A statement as to the percent of completion of projects for which the individual is bound on a performance bond. This information is necessary to enable the Contracting Officer to evaluate the sufficiency of the surety's net worth in a timely manner.

(End of provision)

**5252.236-9303 - ACCIDENT PREVENTION (NOV 1998)**

(a) The Contractor will maintain an accurate record of, and will report to the Contracting Officer in the manner and on the forms prescribed by the Contracting Officer, all accidents resulting in death, traumatic injury, occupational disease, and damage to property, materials, supplies and equipment incident to work performed under this contract.

(b) Compliance with the provisions of this article by subcontractors will be the responsibility of the Contractor.

(c) Prior to commencement of the work, the Contractor may be required to:

(1) submit in writing his proposals for effectuating provision for accident prevention;

(2) meet in conference with representatives of the Contracting Officer to discuss and develop mutual understandings relative to administration of the overall safety program.

(End of clause)

**5252.237-9301 - SUBSTITUTIONS OF KEY PERSONNEL (JUNE 1994)**

#2

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N62472-00-R-0800 | PAGE 21 OF 147 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

# PROPOSAL ENCLOSED

SOLICITATION NUMBER: N62472-_______-____-__________

DATE: __________ TIME: __________

HR FORM 14304(REV. 1/00)

## DOCUMENT 00160
## EVALUATION FACTORS FOR AWARD

### *I. GENERAL INFORMATION*

A. INTENTION: Northern Division, Naval Facilities Engineering Command intends to award a Multiple Award Construction Contract (MACC). It is intended to award up to four (4) separate contracts, encompassing a five (5) year performance period during which separate Task Orders for New Construction Renovations, Alterations, Repairs, Demolition and Design/Build Projects in the Northern Division 10 state area will be issued.

The solicitation will contain one (1) seed project which when awarded to one of the up to four successful contractors, will become a Task Order. It is the governments intention to first select up to four (4) successful offerors for contract award and to then determine which one of the up to four (4) selected offerors will receive the single seed project.

To select the up to four (4) successful offerors for contract award, the government will base the price evaluation on the total cost proposed for the initial seed project. Based on evaluation of the proposed price and other non-price factors, up to four (4) firms offering the proposals considered most advantageous to the government, will be selected to receive the MACC contracts.

Award of the seed project may be made to the contractor of the up to four (4) firms offering the lowest total price; or to the offeror of the up to four (4) firms offering the most advantageous proposal for this project considering both their price and technical proposals.

Each awardee that does not receive award of the seed project will receive a minimum guarantee of $5,000.00 to be reached over the contract performance period of sixty (60) months. Subsequent Task Orders will be competed only

12



among the up to four successful contractors. Award of each subsequent Task Order may be based on either Best Value to the Government or low price.

This Request for Proposals (RFP) will be issued under solicitation number N62472-00-R-0800 and up to four awards may be made under contract numbers N62472-00-D-0800, N62472-00-D-0801, N62472-00-D-0802, and N62472-00-D-0803. The scope of the work shall include new construction, renovations, alterations, repairs, demolition and design build projects.

The work will be concentrated in, but not limited to, Northern Division's 10 state area of responsibility which includes Maine, New Hampshire, Rhode Island, Connecticut, Vermont, Massachusetts, New York, New Jersey, Pennsylvania, and Delaware. The maximum amount to be ordered under this MACC solicitation encompassing all contracts awarded will be $150 million for the full contract performance period of five (5) years. There is no set maximum amount to be awarded under each of the up to four (4) contracts awarded, other than that the total amount for all task orders, regardless of the number of contracts awarded which will not exceed the maximum amount of $150 million. Pursuant to FAR 52.216-27, Single or Multiple Award Clause, the Government reserves the right to award a single task order contract or to award multiple task order contracts. Source Selection procedures will be utilized for this procurement and interested firms will be required to respond to evaluation factors which include both price and technical factors.

B. Description of the Work (Seed Project). The contractors shall be responsible for providing the Casting Pit Modernization, Building #20, Naval Business Center, Philadelphia, PA. The project scope is for the construction of a 8,000 sf administration building, construction of two (2) new casting pits, retrofit two (2) existing casting pits, pile foundation, industrial ventilation, reverberatory furnace stack with pollution control, glazing replacement, electrical alterations, asbestos removal, demolition and incidental related work. Security clearance is required. No design service is required for the seed project. (See detailed Project Summary at the end of this section)

## II. PREPARATION OF PROPOSALS

Proposals are being solicited and shall be submitted/prepared in two (2) Phases.

### A. CONTENTS OF PROPOSALS (PHASE I)

The offeror shall submit information which addresses each Evaluation Factor. The Technical Evaluation Factor for Phase I are as follows and are of equal importance:

PHASE I Technical Factors

a) Revelant Past Performance
b) Management Approach
c) Safety
d) Technical Experience, Expertise and Qualifications
e) Commitment to Small Business Concerns

### B. EVALUATION

For this solicitation, the evaluation process shall be accomplished in two phases/submissions. The first submission (Phase I) will consist of the Technical Proposal, Bid Guarantee and completed Representations and



ח

12

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N62472-00-R-0800 | PAGE<br>23 OF 147 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Certifications (Section 00600). The second submission, Phase II (based on the Amendment which will be issued with the plans and specifications of the seed project) will be the lump sum price. The Phase I Technical factors are of equal importance and when combined are approximately equal to Phase II price. Price proposals will be evaluated to determine the reasonableness of the price for the seed project and the firm's ability to be price competitive on future projects issued for future quotes under this contract. Forms are provided and shall be used in conjunction with the applicable technical factor. It is the Government's intent to first select up to four (4) contractors using Best Value Source Selection Procedures whose proposals are considered to be most advantageous to the Government, price and other factors considered. Then one of the up to four (4) contractors will be chosen to receive award of the seed project.

C. FORMAT FOR TECHNICAL PROPOSALS PHASE I

Offerors will be required to submit proposals as described herein. Each part must be fastened or bound together. Proposals shall be submitted typed (typing characters not smaller than 12 cpi) on non-reduced 8½ X 11 sheets with 1" margins on top, bottom, left and right. Forms and charts shall be labeled and included at the end of each applicable factor. **PROPOSALS SHALL NOT EXCEED FORTY (40) PAGES.** The forty (40) limitation includes all charts and brochures. The forty (40) page limitation does not include Forms 1A, 1B, 2, 3, 4 and SF294's which are EXEMPT from the 40 page limitation. Offeror's Past Performance and Personnel Resumes and Commitment to Small Business must be submitted on the forms provided or in the identical format. Each typed sheet of paper shall be typed on one side only and must be consecutively numbered. PROPOSALS WILL BE READ AND EVALUATED ON THE FIRST FORTY (40) PAGES ONLY. PAGES IN EXCESS OF THE STATED 40 PAGE LIMITATION WILL NOT BE CONSIDERED DURING EVALUATIONS.

Offerors will be required to submit an original and six (6) copies. Electronic deliverables will not be accepted.

The Technical Proposal shall be formatted with appropriate information listed under each factor. Charts and forms shall be labeled and included at the end of each applicable factor. The proposal should clearly demonstrate that the offeror has a thorough understanding of the project. Statements made by the offeror that he/she understands, can or will meet the solicitation requirements or paraphrasing the solicitation or parts thereof will be considered inadequate. Phrases such as "Standard procedures will be employed" or "Well known techniques will be used" will also be considered inadequate. Clarity and completeness of the description of the offerors approach to the project is essential. Submission of marketing brochures is not acceptable unless provided as supplementary information only. *Brochures are included in the page limitation.*

**III. TECHNICAL EVALUATION CRITERIA**

**A.** Technical Evaluation Factors

1. The government will evaluate each offeror's proposal based the technical factors listed below. The proposals for the technical factors will be evaluated as they relate to the criteria stated below. The technical factors are of equal importance and when combined are approximately equal to price. The offerors shall provide information addressing each of the technical factors in the same sequence as delineated below. Forms may be reproduced locally as necessary.

**FACTOR 1: RELEVANT PAST PERFORMANCE**

+2



The government will evaluate the offeror's past performance on the basis of its past projects in two separate areas. First, submit examples of past projects which are similar to the magnitude and complexity of the seed project which includes all major trades of construction. In evaluating projects similar to the seed project emphasis will be placed on heavy industrial and test facilities. Secondly, the government is also interested in the offeror's ability to simultaneously and successfully manage multiple new construction, repair, demolition, design/build and renovation projects of similar magnitude. Therefore, provide additional examples of your firm's ability to simultaneously and successfully manage multiple new construction, repair, demolition, design/build and renovation projects of similar magnitude to the seed project.

The assessment of the offeror's past performance will be used as a means of evaluating the capability of the offeror to perform as required by the specifications and the relative capability of the offeror comparatively with other offerors.

The government's evaluation of the quality and success of the offeror's past performance on completed projects will be used to assess the overall probability of successful performance for this procurement. In addition, past performance on completed projects will be evaluated to make an assessment concerning the anticipated quality of, and customer satisfaction with, performance under this procurement.

The evaluation of past performance on completed projects will be a subjective assessment based on a consideration of all relevant facts and circumstances. It will not be based on absolute standards of acceptable performance. The Government is seeking to determine whether the offeror has consistently demonstrated knowledge of and a commitment to customer satisfaction with timely delivery of services at fair and reasonable prices. In evaluating the offeror's past performance on completed projects, the Government may consider information in the offeror's proposal and information from other sources, including references, past and current customers, Government agencies and any other sources deemed necessary.

Forms 1A and 1B shall be used to describe and provide reference information for all projects performed within the time period from 1 January 1994 through the date initial proposals are due (projects must be more than 50% complete) that demonstrate your ability to successfully perform new construction, renovations, alterations, repairs, demolition and design/build projects, that are similar in magnitude and complexity to the seed project. The offeror shall complete and submit Form 1A, *Offeror's List of References*, with their proposal. Additionally, the offeror will forward Form 1B, *Letter of Introduction and Questionnaire*, to each company/agency that the offeror intends to use as a reference. The questionnaires should be submitted so that they are received in the office designated in Form B, by the date and time established in this solicitation for the receipt of offerors.
NOTE 1: The offeror is submitting the questionnaires to their references on behalf of the government. Non-receipt of the completed questionnaires by the date and time indicated shall not be considered a material flaw in the proposal; however, such non-receipt may adversely affect the rating of this factor.

NOTE 2: The Past Performance evaluation may take into account past performance information regarding predecessor companies, key personnel who have relevant experience, or subcontractors that will perform major or critical aspects of the requirement when such information is relevant to the instant acquisition. The Source Selection Authority shall determine the relevance of such information.

FACTOR 2: MANAGEMENT APPROACH

The offeror shall provide information in a narrative format covering plans for the overall management of 1) the MACC contract (the approach for managing multiple task orders issued under this contract (i.e. requirements for

Footnote 7

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N62472-00-R-0800 | PAGE 25 OF 147 |
| --- | --- | --- |

NAME OF OFFEROR OR CONTRACTOR

simultaneous performance)) and 2) the management of the seed project. For each of 1 & 2 above, specifically, indicate in your narrative how you intend to organize, coordinate, and interface with cognizant government personnel and monitor and control the processes, including on-site, home office and subcontractor operations, to ensure successful execution of the work under this contract.

Indicate what project tracking software you use to track individual and multiple projects. Briefly describe capabilities of the software, indicating whether or not government representatives will have access to it to facilitate project progress.

Although the seed project is not a design build project, the government is interested in the extent of the offeror's past experience as a member of a design-build team. Provide a narrative demonstrating your understanding of the design-build process including the management and production of design documentation (drawings and specifications), coordination and interface with cognizant government personnel, quality control and the ability to effectively coordinate architectural and engineering professionals, trade subcontractors and construction personnel in a team effort.

Provide organizational charts indicating lines of authority and responsibilities for firms and individuals considered to be key to your organization. Include individuals whose names are provided in response to Factor 3 below. Delineate work to be performed by in-house labor forces and work to be subcontracted. Clearly distinguish between full-time field personnel and home office personnel.

<u>NOTE 1:</u> If the offeror is a joint venture or a teaming/partnering arrangement is proposed, provide the joint venture agreement or other documentation which will demonstrate the relationship between firms and identify contractual relationships and authorities to bind the firm or JV/Team. If submitted, this joint venture or teaming/partnering agreement will not be evaluated or rated. However it will be utilized as a reference tool in determining validity of and/or risk associated with this or any other factor in your proposal. <u>Note</u>: The joint venture agreement/documentation does <u>not</u> count in the page limitation.

<u>FACTOR 3: SAFETY</u>

The government is interested in evaluating the offeror's prior record of past performance as it relates to safety and health. Three separate elements will be evaluated at rated under this factor. One overall rating will be assigned to the overall factor based on the individual ratings for each element. Unless a rating standard is specifically provided below, the government will use the guidelines defined in the ratings for this source selection plan, page 17. The following items are to be submitted in response to this factor:

1) Submit Occupational Health and Safety Act (OSHA) incidence rate for the last five years. This rate may be obtained from the insurance carriers. It is based on an industry standard calculation:

INCIDENCE RATE: 200,000/A x B; where A = the total number of hours accumulated for the year and B = the number of lost-time accidents. The lost time accidents are those where an employee was unable to report to work the next workday following a mishap.

<u>NOTE 1</u>: In order to receive at least an Acceptable rating for Item 1 of this factor, the Incidence Rate may not exceed 8.

Footnote #4



2) Submit Federal, State and Municipal OSHA type citations for the last five years.

In evaluating this information, violations such as deficiencies in confined space, electrical, or fall protection shall be considered to be a greater risk. The government shall refer to OSHA establishment search at www.osha.gov/cgi-bin/est/est1 to verify issued citations, confirm type of violation, and to determine what promulgated the citation.

3) Submit insurance company experience modification rate (EMR) for the past three years. Include insurance company name, point of contact, and telephone number for government verification.

NOTE 2: In order to receive at least an Acceptable rating for Item 3 of this factor, the EMR rate may not exceed 1.0.

## FACTOR 4: TECHNICAL EXPERIENCE, EXPERTISE AND QUALIFICATIONS

The offeror shall provide information which specifically demonstrates the technical experience, expertise and qualifications of its construction team in performing the work required by this contract.

Each offeror shall identify a General Manager (GM) for the overall management of the contract. The GM shall not be directly assigned to any one task order. The GM shall be the focal point for all work and shall be responsible for all coordination under the contract. The GM shall be empowered to make all decisions related to all services performed under the contract. The GM shall be the contractor's prime point of contact for contractual and technical issues. The GM shall have at least five consecutive years of experience managing large-scale, multi-functional construction contracts. Management of simultaneous construction projects is preferred. The GM shall be responsible for identifying the supervision and management personnel required for subsequent task orders issued under the contract, including but not limited to project manager, superintendent and quality control manager. The GM shall be responsible for the planning and scheduling of task orders. The GM will ensure compliance with all provisions of the contract. The GM shall provide administrative and technical support for all task orders placed under the contract. The GM shall continuously maintain an adequate staff with suitable expertise to assure work is scheduled and completed in accordance with the project requirements. The GM shall maintain a workforce capable of completing work in accordance with the time and quality standards specified. The GM will be responsible for developing a cohesive relationship between the Government and the contractor. An assistant GM shall also be identified who can assume authority during the GM's absence.

Each offeror shall also identify the Quality Control Manager for the seed project. The Quality Control Manager shall have graduated from a four year accredited college program in one of the following disciplines: Engineering, Architecture, Construction Management, Engineering Technology, Building Construction or Building Science with a minimum of 5 years experience as a superintendent, inspector, QC Manager, project manager or construction manager on similar size and type construction contracts which included the major trades that are part of the seed project(heavy industrial and test facilities). The individual must be familiar with the requirements of the COE EM-385-1-1, and have experience in the area of hazard identification and safety compliance. Proposals must contain a narrative indicating that the proposed QC Manager has familiarity with the cited requirements and has the experience in the area of hazard identification and safety compliance, and the extent of such experience.

The Quality Control Manager may not be the same individual as, nor be subordinate to, the Project Superintendent. The only duties and responsibilities of the Quality Control Manager are to manage and implement the Quality Control program for the seed project. The offeror shall demonstrate in narrative form that the Quality Control Manager has experience in the areas of hazard identification and safety compliance and the extent of such experience. The Quality

Control Manager shall be on-site at all times when working or testing is being performed.

Indicate in narrative form, whether or not the proposed Quality Control Manager has past experience with the requirements of the U.S. Army Corps of Engineers Safety and Health Manual. Further, this narrative must describe the nature of such experience. **NOTE: This experience is not mandatory, but desired.**

In addition to providing resumes for the individuals whom will act as the General Manager and Quality Control Manager above, provide a resume for the Project Manager, and Project Superintendent for the seed project. The Project Manager and Project Superintendent shall have a minimum of 3 years experience in those positions on projects of similar magnitude and complexity to the seed project (heavy industrial and test facilities) from 1 January 1994 to present. Submit a list of references, along with current telephone numbers, for each of these individuals who if necessary, can verify these individuals have the requisite experience detailed above.

All resumes shall be submitted using Form 2 and clearly demonstrate that the individual meets the criteria stated above. For each individual a list of references who can verify if necessary, the individual's cited experience, performance and capabilities is required.

All resumes must indicate a complete work history without a break. Indicate with what firm the experience described was obtained.
The following individuals are designated as Key Personnel under this contract:

General Manager
Project Manager
Project Superintendent
Quality Control Manager
Other individuals designated by the offeror as "Key Personnel"

Please provide a matrix, indicating projects from Factor 1, that "Key Personnel" have worked on. Additionally, indicate on this matrix what position these key personnel held. Note: If proposed key personnel did not work on projects from Factor 1 so state.

For each resume submitted for individuals designated as Key Personnel, provide a copy of your firm's written offer to that individual and their responding letter of intent to accept the position in the event that your firm is selected for award of this contract.

NOTE: The indicated levels of experience cited above represent the minimum acceptable levels. Experience exceeding the minimum may be indicated. Experience, which does not meet the minimum, will result in either a "Deficient but Correctable" or "Unacceptable" rating for this factor. In addition, resumes of any other proposed individuals who the offeror feels are critical for the completion of this project may be submitted.

FACTOR 5: COMMITMENT TO SMALL BUSINESS

1. Introduction: The Navy is committed to maximizing the participation of Small Business, Small Disadvantaged Business, Women Owned Small Business and HUBZone Small Business firms under this contract. The rating for this factor, Commitment to Small Business Concerns, is based on 3 things: (a) past performance information

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N62472-00-R-0800 | PAGE<br>59 OF 147 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM REQUIRED | PG/TAB # IN YOUR PROPOSAL | CHECK |
|---|---|---|
| **FACTOR 5 Commitment to Small Bus** | | |
| 1) SF 294 for all past projects that included a Small Business Subcontracting Plan | | |
| 2) Form 3 for each project that did NOT require a Small Business Subcontracting Plan | | |
| 3) Form 4, Small Business Subcontracting Goals | | |
| 4) Narrative of Small Business subcontracting Outreach program on company letterhead | | |

## SECTION 00165
## PROCEDURES FOR ISSUING TASK ORDERS

1.1 ISSUANCE OF TASK ORDERS

Subsequent to contract awards, Task Order work requirements will be solicited by the Contracting Officer and/or Ordering Officers at each activity. Contractors will be required to submit quotes on their Business Letterhead or utalizing Standard Form 18, Request for Quotes or Proposals either electronically or by Mail. Detailed cost breakdowns may also be required to be submitted with the proposal. All contractors awarded a MACC contract, including the contractor who receives award for the seed project, will compete on all subsequent task orders.

(a) Failure by any contractor to submit a proposal will be considered non-performance under the terms and conditions of the contract.

(b) Task Order projects may be non-complex performance oriented tasks requiring minimal design. They may be scoped by the Government/Contractor team and may not have traditional plans and specifications but may include sketches, and requests for catalog cuts or other submittals. The salient requirements of the task orders may be scoped by the Government/Contractor team in order to develop a mutually agreed upon Statement of Work. When task orders are to be Government/Contractor scoped, the MACC contractors will be required to participate in all site walk throughs and submit quotes for the intended task order.

(c) Task Orders for Design-Build Construction may also be issued under this contract.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N62472-00-R-0800 | PAGE 60 OF 147 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

(d) Failure to participate in walk throughs when required and submit proposals on task orders may result in the Government not placing future orders under the contract.

(e)..Contractors will be required to have their prospective Superintendents attend all site visits.

(f) The awarded task order may be a performance based or full scope, firm fixed price order, with a specific completion date.

(g) Only the MACC contractors will be permitted to quote/propose on the task orders. Proposals from other contractors will not be accepted. A minimum of two proposals will satisfy the competitive requirements of this procurement and preclude the necessity of soliciting for a replacement contractor if for any reason one of the contracts is terminated or one of the proposers is not able to participate in the process. Failure to participate in the task order process will be considered non-performance under the terms and conditions of the contract.

(h) Task Orders will be awarded on the basis of either 1) Best Value or 2) Low Price. When Best Value is used evaluation factors for individual Task Orders will vary depending on the unique requirements of each Task Order.

(i) It is anticipated that the first contractor awarded the initial or seed project will meet the minimum amount of his contract. In accordance with FAR 16.505, Indefinite Quantity Contracts the Contracting Officer may issue a Task Order to any one MACC contractor to satisfy a contract minimum guarantee without soliciting quotes from the other MACC contractors.

(j) The Government will award all Task Orders on DD Form 1155, Order For Supplies or Services.

(k) Contractors will be required to provide Performance and Payment bonds in accordance with the Instructions to Proposers Clauses contained in the Section 00700 of the solicitation for each Task Order issued. Insurance Certificates are also required for each task order issued.

(l) Applicable Davis-Bacon Wage Decisions for each location where work requirements are to be performed will be incorporated into Requests for Quotation for each Task Order issued.

(m) Each Task Order issued will establish the completion date for performance, which shall begin to run from the effective date of the Task Order, regardless of when performance and payment bonds or deposits in lieu of surety are executed. The Notice to Proceed with construction/design shall not be issued until all bonds/deposits etc and insurance is approved by the Contracting Officer.

(n) Contractors are advised that Quality Control, Work Performance Schedule, and Safety Plans will be required for each Task Order.

(o) All Task Order work must be in compliance with Uniform Building Codes (UBC), Federal, State and Local building, safety and environmental regulations.

(p) The Government anticipates award of Task Order(s) without discussions with offerors (except communications conducted for the purpose of minor clarification). Therefore each initial offer should contain the offeror's best price. If required, negotiations will be held with all contractors that submit a proposal.

(q) Contractors who are not performing satisfactorily on any Task Order(s) will be formally notified in writing as to the reason(s) for the unsatisfactory performance. Request for proposals for future Task Orders will not be issued until past performance deficiencies have been corrected.

(r) Unsuccessful offers will be notified in writing within two (2) days after the Task Order has been issued.

(s) Requests for quotes or proposals for Task Orders will identify the time and place for submittal of same.

(t) Contractors are advised that all work issued under Task Orders must be completed within the time specified for completion of the work for that Task Order.

1.2 TASK ORDER LIMITATIONS

Task Orders issued under the MACC contracts shall generally be in the range of $1,000,000 to $20,000,000. All Task Orders shall be issued in accordance with FAR 52.216-19.

1.3 CONTRACT BONDING REQUIREMENTS

This solicitation requires the submission of a Bid Guarantee. The offeror shall submit a Bid Bond, Standard Form 24, or Affidavit of individual Surety, Standard Form 28, in the amount of $3,000,000 covering the full contract performance period of sixty (60) months. Please note that such Bid Bond shall remain in full force and effect **until the first delivery order is issued under each of the up to four Indefinite Delivery/Indefinite Quantity MACC contracts that may be awarded as a result of this solicitation.** A letter from the surety shall be submitted along with the Bid Guarantee which certifies that the bond will remain in full force and effect until the first Task Order is issued under each of the contracts. Failure to submit the letter from the surety with your proposal letter shall not be a matter of responsiveness. However, this certification will be required prior to award of the first Task Order issued. The Bid Bond shall be submitted at the time that each offeror submits its proposal when responding to this solicitation.

Performance and Payment Bonds will be required for the seed project. The Government will require the submission of Performance Bonds and Payments Bonds on future projects competed and awarded under the MACC contracts resulting from this solicitation. Performance and Payment Bonds, when required, will be provided within fifteen days after a Task Order has been issued for a specific project.

1.4 BONDING REQUIREMENTS FOR SUBSEQUENT TASK ORDERS

Within fifteen days after notice of award of a Task Order, the successful contractor to whom award was made shall furnish, with satisfactory security, a Performance Bond, Standard Form 25, and a Payment Bond, Standard Form 25A. The Performance Bond shall be in the penal sum equal to 100% of the total amount of the Task Order. The Payment Bond shall be in a penal sum equal to 50% of the total amount of the Task Order. The Payment Bond may not be greater than 40% of the task order price if the task order price is more than $1,000,000.00, but not more than $5,000,000.00, and in the sum of $2,500,000.00 if the task order price is more than $5,000,000.00.

1.5. TASK ORDER INSURANCE REQUIREMENTS

a. The Contractor shall procure and maintain during the entire period of performance under each Task Order the following minimum insurance coverage.

(1) Comprehensive General Liability: $500,000 per occurrence.

(2) Automobile Liability: $200,000 per person, $500,000 per occurrence, $20,000 per occurrence for property damage.

(3) Workmen's Compensation: As required by Federal and State workers' compensation and occupational disease statutes.

(4) Employer's Liability Coverage: $100,000 except in states where workers' compensation may not be written by private carriers.

(5) Other as required by State law.

b. Prior to commencement of work, the Contract shall furnish to the Contracting Officer a certificate of the above required insurance. The policies evidencing required insurance shall contain an endorsement to the effect that any cancellation or any material change adversely affecting the interests of the Government shall not be effective until thirty (30) days after the insurer gives written notice to the certificate holder.

1.6 EXPERIENCE REQUIREMENTS FOR SUBSEQUENT TASK ORDERS

Offerors are hereby advised that subsequent project/task orders advertised under the resulting MACC contract(s) may require a higher level of experience and expertise (e.g. Project Management, Quality Control, Journeymen) than requested hereinafter for the seed projects. Accordingly, if a subsequent project awarded under a contract resulting from this solicitation requires a higher level of expertise, the corresponding solicitation package will specify the specific experience requirements.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N62472-00-R-0800 | PAGE 63 OF 147 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

Triton Marine Construction Corp.

SECTION 00600 Representations & Certifications

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 52.203-11 | Certification And Disclosure Regarding Payment To Influence Certain Federal Transactions | APR 1991 |
| 52.223-4 | Recovered Material Certification | OCT 1997 |
| 52.223-13 | Certification of Toxic Chemical Release Reporting | OCT 1996 |

CLAUSES INCORPORATED BY FULL TEXT

52.203-2 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (APR 1985)

(a) The offeror certifies that --

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to (i) those prices, (ii) the intention to submit an offer, or (iii) the methods of factors used to calculate the prices offered:

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory --

(1) Is the person in the offeror's organization responsible for determining the prices offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contradictory to subparagraphs (a)(1) through (a)(3) above; or

(2) (i) Has been authorized, in writing, to act as an agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above John J. Lewis VICE-PRESIDENT (insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization);

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the offeror deletes or modifies subparagraph (a)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

(End of clause)

52.204-3 TAXPAYER IDENTIFICATION (OCT 1998)

(a) Definitions.

Common parent, as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

Taxpayer Identification Number (TIN), as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).

x TIN: 54-1403361

___ TIN has been applied for.

___ TIN is not required because:

___ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

___ Offeror is an agency or instrumentality of a foreign government;

___ Offeror is an agency or instrumentality of the Federal Government.

(e) Type of organization.

___ Sole proprietorship;

___ Partnership;

_X_ Corporate entity (not tax-exempt);

___ Corporate entity (tax-exempt);

___ Government entity (Federal, State, or local);

___ Foreign government;

___ International organization per 26 CFR 1.6049-4;

___ Other-----------------------------------------------------

(f) Common parent.

_X_ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

___ Name and TIN of common parent:

Name--------------------------------------------------------------

TIN--------------------------------------------------------------

(End of provision)

52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (MAR 1996)

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that--

(i) The Offeror and/or any of its Principals--

(A) Are [ ] are not [X] presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have [ ] have not [X], within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers: or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(C) Are [ ] are not [X] presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has [X] has not [ ], within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

| | | |
| --- | --- | --- |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.246-7000 | Material Inspection And Receiving Report | DEC 1991 |
| 252.247-7023 | Transportation of Supplies by Sea | NOV 1995 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | NOV 1995 |
| 5252.236-9310 | RECORD DRAWINGS (JUN 1994) - ALTERNATE I (JUN 1994) | JUN 1994 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontractors Plan (DOD Contracts) | APR 1996 |

CLAUSES INCORPORATED BY FULL TEXT

52.202-1 DEFINITIONS (OCT 1995) --ALTERNATE I (APR 1984)

(a) "Head of the agency" (also called "agency head") or "Secretary" means the Secretary (or Attorney General, Administrator, Governor, Chairperson, or other chief official, as appropriate) of the agency, including any deputy or assistant chief official of the agency; and the term "authorized representative" means any person, persons, or board (other than the Contracting Officer) authorized to act for the head of the agency or Secretary.

(b) "Commercial component" means any component that is a commercial item.

(c) "Component" means any item supplied to the Federal Government as part of an end item or of another component.

(d) "Nondevelopmental item" means--

(1) Any previously developed item of supply used exclusively for governmental purposes by a Federal agency, a State or local government, or a foreign government with which the United States has a mutual defense cooperation agreement;

(2) Any item described in paragraph (e)(1) of this definition that requires only minor modification or modifications of a type customarily available in the commercial marketplace in order to meet the requirements of the procuring department or agency; or

(3) Any item of supply being produced that does not meet the requirements of paragraph (e)(1) or (e)(2) solely because the item is not yet in use.

(e) "Contracting Officer" means a person with the authority to enter into, administer, and/or terminate contracts and make related determinations and findings. The term includes certain authorized representatives of the Contracting Officer acting within the limits of their authority as delegated by the Contracting Officer.

(f) Except as otherwise provided in this contract, the term "subcontracts" includes, but is not limited to, purchase orders and changes and modifications to purchase orders under this contract.

52.203-3 GRATUITIES (APR 1984)

(a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or a designee determines that the Contractor, its agent, or another representative--

(1) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government; and

(2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.

(b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.

(c) If this contract is terminated under paragraph (a) of this clause, the Government is entitled--

(1) To pursue the same remedies as in a breach of the contract; and

(2) In addition to any other damages provided by law, to exemplary damages of not less than 3 nor more than 10 times the cost incurred by the Contractor in giving gratuities to the person concerned, as determined by the agency head or a designee. (This subparagraph (c)(2) is applicable only if this contract uses money appropriated to the Department of Defense.)

(d) The rights and remedies of the Government provided in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)

52.203-8 CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)

(a) If the Government receives information that a contractor or a person has engaged in conduct constituting a violation of subsection (a), (b), (c), or (d) of Section 27 of the Office of Federal Procurement Policy Act (41 U.S.C. 423) (the Act), as amended by section 4304 of the 1996 National Defense Authorization Act for Fiscal Year 1996 (Pub. L. 104-106), the Government may--

(1) Cancel the solicitation, if the contract has not yet been awarded or issued; or

(2) Rescind the contract with respect to which--

(i) The Contractor or someone acting for the Contractor has been convicted for an offense where the conduct constitutes a violation of subsection 27 (a) or (b) of the Act for the purpose of either--

(A) Exchanging the information covered by such subsections for anything of value; or

(B) Obtaining or giving anyone a competitive advantage in the award of a Federal agency procurement contract; or

(ii) The head of the contracting activity has determined, based upon a preponderance of the evidence, that the Contractor or someone acting for the Contractor has engaged in conduct constituting an offense punishable under subsections 27(e)(1) of the Act.

(f) Noncompliance. If the Contractor does not comply with the requirements of this clause, appropriate actions may be taken under the rules, regulations, and relevant orders of the Secretary issued pursuant to the Act.

(g) Subcontracts. The Contractor shall include the terms of this clause in every subcontract or purchase order of $10,000 or more unless exempted by rules, regulations, or orders of the Secretary. The Contractor shall act as specified by the Deputy Assistant Secretary to enforce the terms, including action for noncompliance.

(End of clause)

52.223-2 CLEAN AIR AND WATER (APR 1984)

(a) "Air Act," as used in this clause, means the Clean Air Act (42 U.S.C. 7401, et seq.).

"Clean air standards," as used in this clause, means--

(1) Any enforceable rules, regulations, guidelines, standards, limitations, orders, controls, prohibitions, work practices, or other requirements contained in, issued under, or otherwise adopted under the Air Act or Executive Order 11738;

(2) An applicable implementation plan as described in section 110(d) of the Air Act (42 U.S.C. 7410(d));

(3) An approved implementation procedure or plan under section 111(c) or section 111(d) of the Air Act (42 U.S.C. 7411(c) or (d)); or

(4) An approved implementation procedure under section 112(d) of the Air Act (42 U.S.C. 7412(d)).

"Clean water standards," as used in this clause, means any enforceable limitation, control, condition, prohibition, standard, or other requirement promulgated under the Water Act or contained in a permit issued to a discharger by the EPA or by a State under an approved program, as authorized by section 402 of the Water Act (33 U.S.C. 1342), or by local government to ensure compliance with pretreatment regulations as required by section 307 of the Water Act (33 U.S.C. 1317).

"Compliance," as used in this clause, means compliance with--

(1) Clean air or water standards; or

(2) A schedule or plan ordered or approved by a court of competent jurisdiction, the EPA, or an air or water pollution control agency under the requirements of the Air Act or Water Act and related regulations.

"Facility," as used in this clause, means any building, plant, installation, structure, mine, vessel or other floating craft, location, or site of operations, owned, leased, or supervised by a Contractor or subcontractor, used in the performance of a contract or subcontract. When a location or site of operations includes more than one building, plant, installation, or structure, the entire location or site shall be deemed a facility except when the Administrator, or a designee, of the EPA determines that independent facilities are collocated in one geographical area.

"Water Act," as used in this clause, means Clean Water Act (33 U.S.C. 1251, et seq.).

(b) The Contractor agrees--

(1) To comply with the requirements of section 114 of the Clean Air Act (42 U.S.C. 7414) and section 308 of the Clean Water Act (33 U.S.C. 1318) relating to inspection, monitoring, entry, reports, and information, as well as other requirements specified in section 114 and section 308 of the Air Act and the Water Act, and all regulations and guidelines issued to implement those acts before the award of this contract;

(2) That no portion of the work required by this prime contract will be performed in a facility listed on the EPA List of Violating Facilities on the date when this contract was awarded unless and until the EPA eliminates the name of the facility from the listing;

(3) To use best efforts to comply with clean air standards and clean water standards at the facility in which the contract is being performed; and

(4) To insert the substance of this clause into any nonexempt subcontract, including this subparagraph (b)(4).

(End of clause)

52.223-5 POLLUTION PREVENTION AND RIGHT-TO-KNOW INFORMATION (APR 1998)

(a) Executive Order 12856 of August 3, 1993, requires Federal facilities to comply with the provisions of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA)(42 U.S.C. 11001-11050) and the Pollution Prevention Act of 1990 (PPA)(42 U.S.C. 13101-13109).

(b) The Contractor shall provide all information needed by the Federal facility to comply with the emergency planning reporting requirements of Section 302 of EPCRA; the emergency notice requirements of Section 304 of EPCRA; the list of Material Safety Data Sheets required by Section 311 of EPCRA; the emergency and hazardous chemical inventory forms of Section 312 of EPCRA; the toxic chemical release inventory of Section 313 of EPCRA, which includes the reduction and recycling information required by Section 6607 of PPA; and the toxic chemical reduction goals requirements of Section 3-302 of Executive Order 12856.

---

52.223-6 DRUG-FREE WORKPLACE (JAN 1997)

(a) Definitions. As used in this clause --

"Controlled substance" means a controlled substance in schedules I through V of section 202 of the Controlled Substances Act (21 U.S.C. 812) and as further defined in regulation at 21 CFR 1308.11 - 1308.15.

"Conviction" means a finding of guilt (including a plea of nolo contendere) or imposition of sentence, or both, by any judicial body charged with the responsibility to deter- mine violations of the Federal or State criminal drug statutes.

"Criminal drug statute" means a Federal or non-Federal criminal statute involving the manufacture, distribution, dispensing, possession, or use of any controlled substance.

"Drug-free workplace" means the site(s) for the performance of work done by the Contractor in connection with a specific contract at which employees of the Contractor are prohibited from engaging in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance.

"Employee" means an employee of a Contractor directly engaged in the performance of work under a Government contract. "Directly engaged" is defined to include all direct cost employees and any other Contractor employee who has other than a minimal impact or involvement in contract performance.

"Individual" means an offeror/contractor that has no more than one employee including the offeror/contractor.

(b) The Contractor, if other than an individual, shall-- within 30 days after award (unless a longer period is agreed to in writing for contracts of 30 days or more performance duration), or as soon as possible for contracts of less than 30 days performance duration--

(1) Publish a statement notifying its employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in the Contractor's workplace and specifying the actions that will be taken against employees for violations of such prohibition;

(2) Establish an ongoing drug-free awareness program to inform such employees about--

(i) The dangers of drug abuse in the workplace;

(ii) The Contractor's policy of maintaining a drug-free workplace;

(iii) Any available drug counseling, rehabilitation, and employee assistance programs; and

(iv) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

(3) Provide all employees engaged in performance of the contract with a copy of the statement required by subparagraph (b)(1) of this clause;

(4) Notify such employees in writing in the statement required by subparagraph (b)(1) of this clause that, as a condition of continued employment on this contract, the employee will--

(i) Abide by the terms of the statement; and

(ii) Notify the employer in writing of the employee's conviction under a criminal drug statute for a violation occurring in the workplace no later than 5 days after such conviction.

(5) Notify the Contracting Officer in writing within 10 days after receiving notice under subdivision (b)(4)(ii) of this clause, from an employee or otherwise receiving actual notice of such conviction. The notice shall include the position title of the employee;

(6) Within 30 days after receiving notice under subdivision (b)(4)(ii) of this clause of a conviction, take one of the following actions with respect to any employee who is convicted of a drug abuse violation occurring in the workplace:

(i) Taking appropriate personnel action against such employee, up to and including termination; or

(ii) Require such employee to satisfactorily participate in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency; and

(7) Make a good faith effort to maintain a drug-free workplace through implementation of subparagraphs (b)(1) though (b)(6) of this clause.

(c) The Contractor, if an individual, agrees by award of the contract or acceptance of a purchase order, not to engage in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance while performing this contract.

(d) In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraph (b) or (c) of this clause may, pursuant to FAR 23.506, render the Contractor subject to suspension of contract payments, termination of the contract for default, and suspension or debarment.

(End of clause)

52.223-11 OZONE-DEPLETING SUBSTANCES (JUN 1996)

(a) Definitions. Ozone-depleting substance, as used in this clause, means any substance designated as Class I by the Environmental Protection Agency (EPA) (40 CFR Part 82), including but not limited to chlorofluorocarbons, halons, carbon tetrachloride, and methyl chloroform; or any substance designated as Class II by EPA (40 CFR Part 82), including but not limited to hydrochlorofluorocarbons.

(b) The Contractor shall label products which contain or are manufactured with ozone-depleting substances in the manner and to the extent required by 42 U.S.C. 7671j (b), (c), and (d) and 40 CFR Part 82, Subpart E, as follows:

``WARNING: Contains (or manufactured with, if applicable) _*, a substance(s) which harm(s) public health and environment by destroying ozone in the upper atmosphere."---------------------------

* The Contractor shall insert the name of the substance(s).

52.223-14 TOXIC CHEMICAL RELEASE REPORTING (OCT 1996)

(a) Unless otherwise exempt, the Contractor, as owner or operator of a facility used in the performance of this contract, shall file by July 1 for the prior calendar year an annual Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023(a) and (g)), and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106). The Contractor shall file, for each facility subject to the Form R filing and reporting requirements, the annual Form R throughout the life of the contract.

(b) A Contractor owned or operated facility used in the performance of this contract is exempt from the requirement to file an annual Form R if--

(1) The facility does not manufacture, process, or otherwise use any toxic chemicals listed under section 313(c) of EPCRA, 42 U.S.C. 11023(c);

(2) The facility does not have 10 or more full-time employees as specified in section 313(b)(1)(A) of EPCRA, 42 U.S.C. 11023(b)(1)(A);

Officer of

(1) subsurface or latent physical conditions at the site which differ materially from those indicated in this contract, or

(2) unknown physical conditions at the site, of an unusual nature, which differ materially from those ordinarily encountered and generally recognized as inhering in work of the character provided for in the contract.

(b) The Contracting Officer shall investigate the site conditions promptly after receiving the notice. If the conditions do materially so differ and cause an increase or decrease in the Contractor's cost of, or the time required for, performing any part of the work under this contract, whether or not changed as a result of the conditions, an equitable adjustment shall be made under this clause and the contract modified in writing accordingly.

(c) No request by the Contractor for an equitable adjustment to the contract under this clause shall be allowed, unless the Contractor has given the written notice required; provided, that the time prescribed in (a) above for giving written notice may be extended by the Contracting Officer.

(d) No request by the Contractor for an equitable adjustment to the contract for differing site conditions shall be allowed if made after final payment under this contract.

52.236-5 MATERIAL AND WORKMANSHIP (APR 1984)

(a) All equipment, material, and articles incorporated into the work covered by this contract shall be new and of the most suitable grade for the purpose intended, unless otherwise specifically provided in this contract. References in the specifications to equipment, material, articles, or patented processes by trade name, make, or catalog number, shall be regarded as establishing a standard of quality and shall not be construed as limiting competition. The Contractor may, at its option, use any equipment, material, article, or process that, in the judgment of the Contracting Officer, is equal to that named in the specifications, unless otherwise specifically provided in this contract.

(b) The Contractor shall obtain the Contracting Officer's approval of the machinery and mechanical and other equipment to be incorporated into the work. When requesting approval, the Contractor shall furnish to the Contracting Officer the name of the manufacturer, the model number, and other information concerning the performance, capacity, nature, and rating of the machinery and mechanical and other equipment. When required by this contract or by the Contracting Officer, the Contractor shall also obtain the Contracting Officer's approval of the material or articles which the Contractor contemplates incorporating into the work. When requesting approval, the Contractor shall provide full information concerning the material or articles. When directed to do so, the Contractor shall submit samples for approval at the Contractor's expense, with all shipping charges prepaid. Machinery, equipment, material, and articles that do not have the required approval shall be installed or used at the risk of subsequent rejection.

(c) All work under this contract shall be performed in a skillful and workmanlike manner. The Contracting Officer may require, in writing, that the Contractor remove from the work any employee the Contracting Officer deems incompetent, careless, or otherwise objectionable.

52.236-6 SUPERINTENDENCE BY THE CONTRACTOR (APR 1984)

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N62472-00-R-0800 | PAGE 122 OF 147 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

At all times during performance of this contract and until the work is completed and accepted, the Contractor shall directly superintend the work or assign and have on the worksite a competent superintendent who is satisfactory to the Contracting Officer and has authority to act for the Contractor.

52.236-12 CLEANING UP (APR 1984)

The Contractor shall at all times keep the work area, including storage areas, free from accumulations of waste materials. Before completing the work, the Contractor shall remove from the work and premises any rubbish, tools, scaffolding, equipment, and materials that are not the property of the Government. Upon completing the work, the Contractor shall leave the work area in a clean, neat, and orderly condition satisfactory to the Contracting Officer.

52.236-13 ACCIDENT PREVENTION (NOV 1991)

(a) The Contractor shall provide and maintain work environments and procedures which will

(1) safeguard the public and Government personnel, property, materials, supplies, and equipment exposed to Contractor operations and activities;

(2) avoid interruptions of Government operations and delays in project completion dates; and

(3) control costs in the performance of this contract.

(b) For these purposes on contracts for construction or dismantling, demolition, or removal of improvements, the Contractor shall-

(1) Provide appropriate safety barricades, signs, and signal lights;

(2) Comply with the standards issued by the Secretary of Labor at 29 CFR Part 1926 and 29 CFR Part 1910; and

(3) Ensure that any additional measures the Contracting Officer determines to be reasonably necessary for the purposes are taken.

(c) If this contract is for construction or dismantling, demolition or removal of improvements with any Department of Defense agency or component, the Contractor shall comply with all pertinent provisions of the latest version of U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, in effect on the date of the solicitation.

(d) Whenever the Contracting Officer becomes aware of any noncompliance with these requirements or any condition which poses a serious or imminent danger to the health or safety of the public or Government personnel, the Contracting Officer shall notify the Contractor orally, with written confirmation, and request immediate initiation of corrective action. This notice, when delivered to the Contractor or the Contractor's representative at the work site, shall be deemed sufficient notice of the noncompliance and that corrective action is required. After receiving the notice, the Contractor shall immediately take corrective action. If the Contractor fails or refuses to promptly take corrective action, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. The Contractor shall not be entitled to any equitable adjustment of the contract price or extension of the performance schedule on any stop work order issued under this clause.

(e) The Contractor shall insert this clause, including this paragraph (e), with appropriate changes in the designation of the parties, in subcontracts.

52.236-15 SCHEDULES FOR CONSTRUCTION CONTRACTS (APR 1984)

(a) The Contractor shall, within five days after the work commences on the contract or another period of time determined by the Contracting Officer, prepare and submit to the Contracting Officer for approval three copies of a practicable schedule showing the order in which the Contractor proposes to perform the work, and the dates on which the Contractor contemplates starting and completing the several salient features of the work (including acquiring materials, plant, and equipment). The schedule shall be in the form of a progress chart of suitable scale to indicate appropriately the percentage of work scheduled for completion by any given date during the period. If the Contractor fails to submit a schedule within the time prescribed, the Contracting Officer may withhold approval of progress payments until the Contractor submits the required schedule.

(b) The Contractor shall enter the actual progress on the chart as directed by the Contracting Officer, and upon doing so shall immediately deliver three copies of the annotated schedule to the Contracting Officer. If, in the opinion of the Contracting Officer, the Contractor falls behind the approved schedule, the Contractor shall take steps necessary to improve its progress, including those that may be required by the Contracting Officer, without additional cost to the Government. In this circumstance, the Contracting Officer may require the Contractor to increase the number of shifts, overtime operations, days of work, and/or the amount of construction plant, and to submit for approval any supplementary schedule or schedules in chart form as the Contracting Officer deems necessary to demonstrate how the approved rate of progress will be regained.

(c) Failure of the Contractor to comply with the requirements of the Contracting Officer under this clause shall be grounds for a determination by the Contracting Officer that the Contractor is not prosecuting the work with sufficient diligence to ensure completion within the time specified in the contract. Upon making this determination, the Contracting Officer may terminate the Contractor's right to proceed with the work, or any separable part of it, in accordance with the default terms of this contract.

52.236-26 PRECONSTRUCTION CONFERENCE (FEB 1995)

If the Contracting Officer decides to conduct a preconstruction conference, the successful offeror will be notified and will be required to attend. The Contracting Officer's notification will include specific details regarding the date, time, and location of the conference, any need for attendance by subcontractors, and information regarding the items to be discussed.

**5252.236-9303 - ACCIDENT PREVENTION (NOV 1998)**

(a) The Contractor will maintain an accurate record of, and will report to the Contracting Officer in the manner and on the forms prescribed by the Contracting Officer, all accidents resulting in death, traumatic injury, occupational disease, and damage to property, materials, supplies and equipment incident to work performed under this contract.

(b) Compliance with the provisions of this article by subcontractors will be the responsibility of the Contractor.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N62472-00-R-0800 | PAGE<br>124 OF 147 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

(c) Prior to commencement of the work, the Contractor may be required to:

(1) submit in writing his proposals for effectuating provision for accident prevention;

(2) meet in conference with representatives of the Contracting Officer to discuss and develop mutual understandings relative to administration of the overall safety program.

(End of clause)

**5252.236-9305 - AVAILABILITY OF UTILITIES (JUN 1994)**

When available, the Government will furnish reasonable amounts of the following utilities for the work to be performed under this contract at no cost to the Contractor. Information concerning the location of existing outlets may be secured from the OIC. The Contractor shall provide and maintain, at his expense, the necessary service lines from existing Government outlets to the site of work.

***Electric - Water - Compressed Air***

Contractor Furnished Utilities. In the event that the Government is unable to provide the required types of utilities, the Contractor shall, at his expense, arrange for the required utilities.

Contractor Energy Conservation. The Contractor shall be directly responsible for instructing employees in utilities conservation practices. The Contractor shall be responsible for operating under conditions which preclude the waste of utilities, which shall include:

a. Lights shall be used only in areas where and at the time when work is actually being performed.

b. Mechanical equipment controls for heating, ventilation and air conditioning systems will not be adjusted by the workers.

c. Water faucets or valves shall be turned off after the required usage has been accomplished.

Telephone Lines. Telephone lines for the sole use of the contractor will not be available. Government telephones shall not be used for personal reasons.

Contractor Availability. The contractor shall maintain a telephone at which he or his representative may be reached 24 hours daily. The telephone shall be listed in the contractor's name. If the contractor does not have a local telephone, he shall maintain a toll free emergency telephone (or accept collect calls from authorized Government personnel) at which he or his representative may be reached at night, weekends and holidays. It is mandatory that the contractor or his representative be available to a toll-free telephone 24 hours per day, seven days per week, including holidays. He shall notify the OIC in writing of the mailing address and telephone number within three days after award of this contract and immediately thereafter in the event of change.

(End of clause)

**5252.237-9301 - SUBSTITUTIONS OF KEY PERSONNEL (JUNE 1994)**

The Contractor shall provide complete resumes for proposed substitutes, and any additional information requested by the Contracting Officer. Proposed substitutes should have comparable qualifications to those of the persons being replaced. The Contracting Officer will notify the Contractor within 15 days after receipt of all required information of the consent on substitutes. No change in fixed unit prices may occur as a result of key personnel substitution.

(End of clause)

52.242-14 SUSPENSION OF WORK (APR 1984)

(a) The Contracting Officer may order the Contractor, in writing, to suspend, delay, or interrupt all or any part of the work of this contract for the period of time that the Contracting Officer determines appropriate for the convenience

of the Government.

(b) If the performance of all or any part of the work is, for an unreasonable period of time, suspended, delayed, or interrupted (1) by an act of the Contracting Officer in the administration of this contract, or (2) by the Contracting Officer's failure to act within the time specified in this contract (or within a reasonable time if not specified), an adjustment shall be made for any increase in the cost of performance of this contract (excluding profit) necessarily caused by the unreasonable suspension, delay, or interruption, and the contract modified in writing accordingly. However, no adjustment shall be made under this clause for any suspension, delay, or interruption to the extent that performance would have been so suspended, delayed, or interrupted by any other cause, including the fault or negligence of the Contractor, or for which an equitable adjustment is provided for or excluded under any other term or condition of this contract. (c) A claim under this clause shall not be allowed (1) for any costs incurred more than 20 days before the Contractor shall have notified the Contracting Officer in writing of the act or failure to act involved (but this requirement shall not apply as to a claim resulting from a suspension order), and (2) unless the claim, in an amount stated, is asserted in writing as soon as practicable after the termination of the suspension, delay, or interruption, but not later than the date of final payment under the contract.

52.243-4 CHANGES (AUG 1987)

(a) The Contracting Officer may, at any time, without notice to the sureties, if any, by written order designated or indicated to be a change order, make changes in the work within the general scope of the contract, including changes--

(1) In the specifications (including drawings and designs);

(2) In the method or manner of performance of the work;

(3) In the Government-furnished facilities, equipment, materials, services, or site; or

(4) Directing acceleration in the performance of the work.

(b) Any other written or oral order (which, as used in this paragraph (b), includes direction, instruction, interpretation, or determination) from the Contracting Officer that causes a change shall be treated as a change order under this clause; provided, that the Contractor gives the Contracting Officer written notice stating

(1) the date, circumstances, and source of the order and

(2) that the Contractor regards the order as a change order.

(c) Except as provided in this clause, no order, statement, or conduct of the Contracting Officer shall be treated as a change under this clause or entitle the Contractor to an equitable adjustment.

(d) If any change under this clause causes an increase or decrease in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, whether or not changed by any such order, the Contracting Officer shall make an equitable adjustment and modify the contract in writing. However, except for an adjustment based on defective specifications, no adjustment for any change under paragraph (b) of this clause shall be made for any costs incurred more than 20 days before the Contractor gives written notice as required. In the case of defective specifications for which the Government is responsible, the equitable adjustment shall include any

increased cost reasonably incurred by the Contractor in attempting to comply with the defective specifications.

(e) The Contractor must assert its right to an adjustment under this clause within 30 days after

(1) receipt of a written change order under paragraph (a) of this clause or (2) the furnishing of a written notice under paragraph (b) of this clause, by submitting to the Contracting Officer a written statement describing the general nature and amount of the proposal, unless this period is extended by the Government. The statement of proposal for adjustment may be included in the notice under paragraph (b) above.

(f) No proposal by the Contractor for an equitable adjustment shall be allowed if asserted after final payment under this contract.

52.246-12 INSPECTION OF CONSTRUCTION (AUG 1996)

(a) Definition. "Work" includes, but is not limited to, materials, workmanship, and manufacture and fabrication of components.

(b) The Contractor shall maintain an adequate inspection system and perform such inspections as will ensure that the work performed under the contract conforms to contract requirements. The Contractor shall maintain complete inspection records and make them available to the Government. All work shall be conducted under the general direction of the Contracting Officer and is subject to Government inspection and test at all places and at all reasonable times before acceptance to ensure strict compliance with the terms of the contract.

(c) Government inspections and tests are for the sole benefit of the Government and do not--

(1) Relieve the Contractor of responsibility for providing adequate quality control measures;

(2) Relieve the Contractor of responsibility for damage to or loss of the material before acceptance;

(3) Constitute or imply acceptance; or

(4) Affect the continuing rights of the Government after acceptance of the completed work under paragraph (i) of this section.

(d) The presence or absence of a Government inspector does not relieve the Contractor from any contract requirement, nor is the inspector authorized to change any term or condition of the specification without the Contracting Officer's written authorization.

(e) The Contractor shall promptly furnish, at no increase in contract price, all facilities, labor, and material reasonably needed for performing such safe and convenient inspections and tests as may be required by the Contracting Officer. The Government may charge to the Contractor any additional cost of inspection or test when work is not ready at the time specified by the Contractor for inspection or test, or when prior rejection makes reinspection or retest necessary. The Government shall perform all inspections and tests in a manner that will not unnecessarily delay the work. Special, full size, and performance tests shall be performed as described in the contract.

(f) The Contractor shall, without charge, replace or correct work found by the Government not to conform to

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N62472-00-R-0800 | PAGE 127 OF 147 |
| --- | --- | --- |

NAME OF OFFEROR OR CONTRACTOR

contract requirements, unless in the public interest the Government consents to accept the work with an appropriate adjustment in contract price. The Contractor shall promptly segregate and remove rejected material from the premises.

(g) If the Contractor does not promptly replace or correct rejected work, the Government may (1) by contract or otherwise, replace or correct the work and charge the cost to the Contractor or (2) terminate for default the Contractor's right to proceed.

(h) If, before acceptance of the entire work, the Government decides to examine already completed work by removing it or tearing it out, the Contractor, on request, shall promptly furnish all necessary facilities, labor, and material. If the work is found to be defective or nonconforming in any material respect due to the fault of the Contractor or its subcontractors, the Contractor shall defray the expenses of the examination and of satisfactory reconstruction. However, if the work is found to meet contract requirements, the Contracting Officer shall make an equitable adjustment for the additional services involved in the examination and reconstruction, including, if completion of the work was thereby delayed, an extension of time.

(i) Unless otherwise specified in the contract, the Government shall accept, as promptly as practicable after completion and inspection, all work required by the contract or that portion of the work the Contracting Officer determines can be accepted separately. Acceptance shall be final and conclusive except for latent defects, fraud, gross mistakes amounting to fraud, or the Government's rights under any warranty or guarantee.

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

randazzoaf@efdnorth.navfac.navy.mil
252.223-7004 DRUG-FREE WORK FORCE (SEP 1988)

(a) Definitions.

(1) "Employee in a sensitive position," as used in this clause, means an employee who has been granted access to classified information; or employees in other positions that the Contractor determines involve national security; health or safety, or functions other than the foregoing requiring a high degree of trust and confidence.

(2) "Illegal drugs," as used in this clause, means controlled substances included in Schedules I and II, as defined by section 802(6) of title 21 of the United States Code, the possession of which is unlawful under chapter 13 of that Title. The term "illegal drugs" does not mean the use of a controlled substance pursuant to a valid prescription or other uses authorized by law.

(b) The Contractor agrees to institute and maintain a program for achieving the objective of a drug-free work force. While this clause defines criteria for such a program, contractors are encouraged to implement alternative approaches comparable to the criteria in paragraph (c) that are designed to achieve the objectives of this clause.

(c) Contractor programs shall include the following, or appropriate alternatives: