
NOTE
NOTE

DEPARTMENT OF THE ARMY
U.S. Army Corps of Engineers
Washington, D.C. 20314-1000

CESO-ZA

Manual
No. 385-1-1

3 September 1996

# Safety
# SAFETY AND HEALTH REQUIREMENTS

1. Purpose. This manual prescribes the safety and health requirements for all Corps of Engineers activities and operations.

2. Applicability. This manual applies to HQUSACE elements, major subordinate commands, districts, laboratories, and field operating activities (FOA). Applicability extends to occupational exposure for missions under the command of the Chief of Engineers, whether accomplished by military, civilian, or contractor personnel.

3. References.

a. 29 CFR 1910

b. 29 CFR 1926

c. 29 CFR 1960

d. EO 12196

e. FAR 52.236-13

f. DODI 6055.1

g. DODI 6055.3

h. AR 40-5

I. AR 385-10

j. AR 385-11

This manual supersedes EM 385-1-1, 1 October 1992

For sale by the U.S. Government Printing Office
Superintendent of Documents, Mail Stop: SSOP, Washington, DC 20402-9328
ISBN 0-16-048877-X

4. General.

a. The provisions of this manual implement safety and health standards and requirements contained in 29 CFR 1910, 29 CFR 1926, 29 CFR 1960, 30 CFR 56, Executive Order 12196, DODI 6055.1, AR 40-5, AR 385-10, AR 385-11, and AR 385-40. Where more stringent safety and occupational health standards are set forth in these requirements and regulations, the more stringent standards shall apply.

b. Mission applicability introduced in paragraph 2 above shall include the following:

(1) Construction contract work under the provisions of Federal Acquisition Regulation Clause 52.236-13, Accident Prevention. Where contract work presents hazards beyond the provisions of this manual, contracting officers will provide for special accident prevention requirements through individually prepared contracts. Note: Existing contracts will continue to apply the provisions of the 1 October 1992 edition of this manual until contract completion.

(2) Service and supply contracting actions. Compliance with this manual shall be a contract requirement for such activities when technical representatives (proponent in coordination with safety and health professionals) advise that special precautions are appropriate.

(3) For service, supply, and research and development contracting actions for hazardous, toxic, and radioactive waste site investigation, design, or remediation activities, compliance with this manual shall be a contract requirement.

c. Waivers. Within the Corps of Engineers, waivers to provisions of this manual require the approval of the Chief of Safety and Occupational Health, HQUSACE. Waivers shall provide an equal or greater level of protection, shall be substantiated with a hazard analysis of the activity, and shall be documented and forwarded through channels to Chief of Safety and Occupational Health, HQUSACE.



d. Exceptions. Some of the technical requirements of this manual may not always be applicable to overseas activities due to conflicting circumstances, practices, and laws or regulations of the locality or the unavailability of equipment. In such instances, means other than the ones specified in this manual may be used to achieve the required protection. When this occurs, a hazard analysis must be made to document that the required protection will be achieved by the alternate means.

e. Unless otherwise indicated, when publications are referenced in this manual the most recent edition is to be used.

f. Underlining indicates new or changed text.

g. Supplementation of this manual is not authorized except as published by the Safety and Occupational Health Office, HQUSACE.

FOR THE COMMANDER:

ROBERT H. GRIFFIN
Colonel, Corps of Engineers
Chief of Staff

(nominal) or 5 cm x 22.5 cm (2 in x 9 in) (rough) solid sawn wood planks shall be as follows:

| Maximum intended load, Pa | Maximum permissible span - full thickness undressed lumber, m | Maximum permissible span - nominal thickness lumber, m |
|---|---|---|
| 1,200 | 3.0 | 2.4 |
| 2,400 | 2.4 | 1.8 |
| 3,600 | 1.8 | n/a |

The maximum permissible span for 3 cm x 22.5 cm (1¼ in x 9 in) or wider wood plank of full thickness with a maximum intended load of 50 psf shall be 1.2 m (4 ft).

b. Fabricated planks and platforms may be used in lieu of solid sawn wood planks. Maximum spans for such units shall be as recommended by the manufacturer based on the maximum intended load being calculated as specified in Table 21-1.

c. Planking shall be secured to prevent loosening, tipping, or displacement and supported or braced to prevent excessive spring or deflection; intermediate beams shall be provided to prevent dislodgement of planks due to deflection. **> *See 21.A.04***

d. Planking shall be laid with edges close together across the entire access surface: there will be no spaces through which personnel, equipment, or material could fall.

e. When planking is lapped, each plank shall lap its supports at least 30 cm (12 in).

f. Where the ends of planks abut each other to form a flush floor, the butt joint shall be at the centerline of a pole and abutted ends shall rest on separate bearers.

21.A.11 Accessways shall have overhead protection equal to 5 cm (2 in) solid planking whenever work is performed over them





or if personnel are exposed to hazards from falling objects.

21.A.12 Nails shall be driven full length; double-headed nails shall not be used on decks, guardrails, or handrails.

21.A.13 Accessways shall be inspected daily and maintained in a safe manner. NOTE: LOOK IN OSHA 1926

a. Accessways shall be kept free of ice, snow, grease, mud, debris or any other material or equipment which could obstruct passage, cause a tripping hazard, or render them unsafe in any other way.

b. Where accessways are slippery, abrasive material shall be used to assure safe footing.

c. All obstructions or projections into an accessway shall be removed or conspicuously marked: obstructions or projections which are sharp, pointed, or which may cause lacerations, contusions, or abrasions shall be covered with protective material.

d. Accessways, including their accessories, which become damaged or weakened shall not be used until they are repaired or replaced.

21.A.14 When moving platforms to the next level, the old platform shall be left undisturbed until the new bearers have been set to receive the platform planks.

21.A.15 Fall protection.

a. Employees shall be protected by standard guardrail, catch platforms, temporary floors, safety nets, personal fall protection devices, or the equivalent, in the following situations:

(1) on accessways (excluding ladders) or work platforms from which they may fall 1.8 m (6 ft) or more,