DEPARTMENT OF THE NAVY
NORTHERN DIVISION
NAVAL FACILITIES ENGINEERING COMMAND
OFFICER IN CHARGE OF CONTRACTS
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
NAVAL ACTIVITIES NARRAGANSETT BAY AREA
ONE SIMONPIETRI DRIVE
NEWPORT RI 02841-1712

IN REPLY REFER TO:
5000
ROICC/L3587
Mar 24, 2004

From: Resident Officer in Charge of Construction, Newport, RI
To: Commanding Officer, Naval Station Newport (Code N3), BLDG 1, One Simonpietri Dr, Newport, RI 02841

Subj: N62472-00-D-0800/0003, SWOS APPLIED INSTRUCTION BUILDING, NAVAL STATION, NEWPORT, RI.

Encl: (1) List of Remaining On Site (building interior only)
(2) List of Remaining Administrative Work

1. An authorized representative of the Naval Facilities Engineering Command has accepted the building interior portion of the work accomplished under this contract on 17 March 2004 for use by the U.S. Government. The work was declared usably complete on 17 March 2004. Those present for the final inspection were:

- Ric Byerley – Triton Marine Construction Corporation
- Ken Duncan – The Haskell Company
- Gene Spillane – The Haskell Company
- Eli Ibay – The Haskell Company
- Lyman Meador – Stanely Jones Corporation
- LT Hutchison – ROICC Newport
- Bob Kruzewski – ROICC Newport
- LT Rickwalt – Surface Warfare Officer School
- Wayne Sherman – NAVSTA Fire Department

Public Works representative were present on the Pre-Final inspection conducted on March 03, 2004.

- Bob Mulhern – NAVSTA Public Works
- Jim Botelho – NAVSTA Public Works
- Tony San Nicolas – NAVSTA Public Works
- Ray Cournoyer – NAVSTA Public Works

Please find enclosures (1) and (2) for the on-site work (building interior only) and administrative items which remain to be completed.

Subj: N62472-00-D-0800/0003, SWOS APPLIED INSTRUCTION BUILDING, NAVAL STATION, NEWPORT, RI.

2. The work (building interior only) is warranted for a period of one year ending 17 March 2005. If problems with any of the material, equipment or workmanship arise and are covered under the warranty terms of the contract, contact the contractor directly for their correction. The contractor's representative for warranty work is Jon Archer. He may be contacted by telephone at (360) 373-7090, or you can write to the following address.

Triton Marine Construction Coporation
2181 Chico Way
Bremerton, WA 98312

If after you confirm that the problem is indeed a warranty issue and you experience difficulty in obtaining correction of warranty items, contact this office for assistance.

3. Upon discovery of a latent defect, contact the Resident Officer in Charge of Construction to pursue further action with the construction contractor. A latent defect is a defect that may have been in existence at the time of the final acceptance but that could not be discovered by reasonable inspection procedures. The determination of a defect being latent will rest with the ROICC.

A.T. QUATTLEBAUM
LCDR CEC USN

List of Remaining On-site Work (building interior only)

Contract N62472-00-D-0800/0003

As of 17 March 2004

| Item # | Location | Description/Reference | Contractor Initials & Date Corrected | Government Initials & Date Verified |
|---|---|---|---|---|
| 1 | RM 123 | Replace door. | | |
| 2 | RM 122 | Replace black floor tile. | | |
| 3 | RM 133 | CLAN/LAN room – touch up drywall and finish/paint touch up | | |
| 4 | RM 105 | Remove temporary telephone / general clean up | | |
| 5 | RM 101 | Vestibule – finish and seal on top of aluminum door 101A. | | |
| 6 | RM 102 | Quarterdeck – Install central light fixture. Adjust elevation of cove light fixtures. | | |
| 7 | RM 137 | Install radiator covers | | |
| 8 | RM 139 | Adjust / replace door 139, clean (2) pieces of access floor | | |
| 9 | RM 178 | Replace broken ceiling light lens. | | |
| 10 | RM 151 | Repair scratch on pocket door. | | |
| 11 | RM 156 | Adjust pocket door. | | |
| 12 | RM 232 | Sweep floors – general clean up | | |
| 13 | RM 210 | Replace door on cabinet | | |
| 14 | RM 205 | Install finned tube radiator covers. | | |

Enclosure (1)

List of Remaining On Site Work (building interior only)

Contract N62472-00-D-0800/0003

As of 17 March 2004

(Continued)

| | | | | |
|---|---|---|---|---|
| 15 | RM 230 | Elevated Walkway – Reinstall steadfast nameplate. Install suspended aluminum panel ceiling. Insulation and A/C system incomplete. | | |
| 16 | RM 229 | Repair scratch on door 229A – main door. | | |
| 17 | RM 223 | Missing lighting fixture end cap. | | |
| 18 | RM 178 | Vault – vault door and lock does not meet RFP specifications. See SECTION 13971 page 17. The vault door and lock does not meet SECNAVINST 5510.36. | | |
| 19 | Various Rooms | Inspect / replace / and or alter as required current doors in following rooms (and any other rooms with SIPRNET Terminals or where classified material will be processed)with doors " substantially constructed of wood or metal" (no glass or windows), further detail regarding door construction per Military Handbook 1013/1A page 134 (DESIGN GUIDELINES FOR PHYSICAL SECURITY OF FACILITIES) and SECNAVINST 5510.36. Rooms 133, 210, 211, 214, 215, 221, 229, 223, 224, 227, 228, 301, 305, 306, 309, 310, 322, 315, 316, 319, 320. | | |
| 20 | EPN room Bldg 1268 | CLAN landing / terminations will be installed per MIL-HDBK 232A | | |
| 21 | TAB | Season 1 and 2 TAB field check | | |

Enclosure (1)

List of Remaining Administrative Work

Contract N62472-00-D-0800/0003

As of 17 March 2004

| Item # | Description & Reference | Contractor Initials & Date Submitted | Government Initials & Date Accepted |
|---|---|---|---|
| 1 | SECTION 01770 – Closeout Procedures: SD-11 Closeout submittals: As-built dwgs / record drawings (see paragraph 1.2.2.1); As-built record of materials; Equipment / product warranty list. | | |
| 2 | SETION 01782 OMSI Manual for Design Build – Submit (3) copies of draft OMSI manuals; Submit (3) copies of complete OMSI manuals (see paragraph 1.2.1.) | | |
| 3 | SECTION 13855 Analog / addressable Interior Fire Alarm System - SD 10 O&M manuals; SD-11 Closeout submittals: (6) sets of as-built and record drawing software. | | |
| 4 | SECTION 13930 Wet pipe Fire Suppression Sprinklers – SD 10 O&M manuals: alarm valves and backflow preventers; SD-11 Closeout submittals: As built drawings. | | |
| 5 | SECTION 15810 Ductwork – SD-06: Test reports – Air Duct Leakage Test. | | |
| 6 | SECTION 15950 HVAC Testing / Adjusting / Balancing – SD-06: Test Report – Certified TAB report | | |
| 7 | SECTION 16520 Exterior Lighting – SD-06: Test report – Test data for luminaries; Operating test | | |

Enclosure (2)

List of Remaining Administrative Work

Contract N62472-00-D-0800/0003

As of 17 March 2004

(Continued)

| | | | |
|---|---|---|---|
| 8 | SECTION 16710 Telecomm. / Cabling System – SD-10 O&M manual; Telecomm / cabling / pathway system : Data package 5 – Test reports. | | |
| 9 | Spare Parts: RFP SECTION 13976: Provide as a minimum the following in factory sealed packaging – Two addressable manual stations, four smoke sensors, two addressable smoke sensor bases, two audible / visual devices, two visual devices, four station smoke alarms, 5 sets of fuses, 10 keys, and two protective covers of each type utilized. Spare parts shall not be consumed during warranty period. | | |
| 10 | SECTION 01570 Temporary Controls: Provide all closeout submittals listed in this section paragraph 1.5 | | |