
A ARCHITECTURAL SITE PLAN
SCALE - 1" = 30'-0" [1:400]
EXIST BLDG 1288
EXIST BLDG 446
EXIST BLDG 1164
LIMITS OF CONSTRUCTION
WARFARE ROAD
NEW SWOS APPLIED INSTRUCTION BUILDING
NEW ELEVATED WALKWAY
LINEAR CRASH GATE SEE DET. 5/C-511
TRANSFORMER
NEW CONCRETE BARRIER - SEE B1/A-511 (TYPICAL)
HC ACCESS RAMP
NEW CONCRETE WALK - SEE CIVIL DETAIL 9/C-510
EXIST BLDG 158
EXIST BLDG 144
EXIST BLDG 109
THE HASKELL COMPANY
TOTAL FACILITY SOLUTIONS
DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING COMMAND
ENGINEERING FIELD ACTIVITY NORTHEAST
LESTER PENNSYLVANIA
NAVAL STATION NEWPORT, RI
SWOS APPLIED INSTRUCTION BUILDING
TRITON
FINAL DESIGN SUBMISSION