# WORKERS' COMPESATION INFORMATION
# QUESTION 15

AIG AIG Claim Services, Inc.

99 Summer Street
Boston MA 02110
Tel: (617) 790-9000
Fax: 866-356-2381
Toll Free: 1-888-239-0628

April 27, 2004
Department of Labor and Training
Division of Workers' Compensation
PO Box 20190
Cranston, RI 02920-0942

RE: Employee: Clayton Wilson
Employer: MacKenzie Service Corp
Date of Loss: 2/18/04
Claim no.: 456-097701

To Whom It May Concern:

RE: WC First Rpt of Injury ✓
Non-Prejudicial Agreement ✓
Report of Indemnity Payment ✓
Employee's Certificate of Dependency ✓
Wages ✓

The above form(s) are being filed in accordance with the Department's guidelines.

Very truly yours,
Michael Hallion
Michael Hallion
Claim Representative

✓ cc: Clayton Wilson
446 Winter St.
Woonsocket, RI 02895

Law Offices of Deborah Kohl
66 Troy St.
Fall River, MA 02720

508 677 4900

508-674-2522
Fax

**State of Rhode Island**
**NON-PREJUDICIAL AGREEMENT**

☐ PLEASE CHECK IF CORRECTION OF PRIOR REPORT

Department of Labor and Training, Division of Workers' Compensation
PO Box 20190, Cranston, RI 02920-0942 Phone (401) 462-8100 TDD (401) 462-8006

DWC No.
Insurer File No. 456 097701

| 1. EMPLOYEE: | | 2. EMPLOYER: | |
|---|---|---|---|
| SSN | 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 | FEIN | MacKenzie S |
| Name | Clayton L. Wilson, Jr. | Name | 55 Moffit St. |
| Address | 446 Winter St. | Address | |
| Address | | Address | |
| City, State, Zip | Woonsocket, RI 02895 | City, State, Zip | Stratford, CT. 06615 |
| Phone | (401) 769-2103 Date of Birth 12/09/1949 | Phone | (203) 383-7300 Ext. |
| **3. INSURANCE COMPANY NAMED ON WC POLICY:** | | **4. CLAIM ADMINISTRATOR:** | ☑ SAME AS BLOCK 3 |
| FEIN | 13-1938623 | FEIN | |
| Name | AIG Claim Services, Inc | Name | |
| Address | 99 Summer St. | Address | |
| Address | 7th Flr | Address | |
| City, State, Zip | Boston, MA 02110 | City, State, Zip | |
| Phone | (888) 239-0628 Ext. | Phone | Ext. |
| RI License Number | | RI License or Self-Insurance Number | |
| Injury date: | 02/18/2004 | List injured body parts and nature of injury: | left knee contusion |
| First date of first disability: | 02/20/2004 | | |
| Place where injury occurred: | Newport, RI | | |

**5. DISABILITY TYPE:** (check all that apply)

☑ Temporary Total as of 02/20/2004

☐ Temporary Partial as of

☐ Death Benefits/Date of Death

Payable to: 03/14/2004

☐ Permanent Total as of

**6. RATE INFORMATION:** ☐ Single ☑ Married

| | | | |
|---|---|---|---|
| | | Number of Exemptions | 2 |
| | | AWW (include bonus/no OT) | $830.16 |
| | | Average Overtime Amount | $125.96 |
| AWW including Overtime | $956.12 | Number of Dependents | 2 1 |
| Spendable Base Wage | 774.27 | Weekly Dependency Rate | 15 |
| Base Compensation Rate | 580.70 | Total Weekly Rate | 595.70 |

**7. DATE OF INITIAL PAYMENT:** 4/19/04

Does employee have other employers? ☐Yes ☑No If yes, attach a wage statement from each employer.

Is this a recurrence of a previous injury? ☐Yes ☐No Previous disability end date:

Has the employee worked at least 26 weeks prior to this recurrence? ☐Yes ☑No If yes, a new wage statement is required.

Signature: Michael J. Hallion Date: 4/20/04

Print Name: Michael J. Hallion

RI Adjuster License Number: Exp 8/31/05

Phone & Extension: (617) 790-9094

**NOTICE TO EMPLOYEES RECEIVING WORKERS' COMPENSATION BENEFITS:**
**YOU MUST REPORT ANY EARNINGS** you receive to the Claim Administrator that pays your benefits. Failure to report earnings may subject you to civil or criminal liability. Your endorsement on a benefit check is your statement that you are qualified to receive workers' compensation benefits. You are NOT entitled to receive workers' compensation benefits for any time that you are imprisoned as a result of a criminal conviction.

**ATTACH WAGE STATEMENT(S) AND DEPENDENCY FORM**

State of Rhode Island
**EMPLOYEE'S CERTIFICATE OF DEPENDENCY STATUS**
Department of Labor and Training, Division of Workers' Compensation
Phone (401) 462-8100 TDD (401) 462-8006

☐ PLEASE CHECK IF CORRECTION OF PRIOR REPORT
DWC No. ______
Insurer File No. 456,097701

**1. EMPLOYEE INFORMATION:**
SSN 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 ☑ Male ☐ Female
Name Clayton L. Wilson Jr.
Address 441 Winter Street
City, State, Zip Woonsocket RI 02895
Phone 401-769-2103 Date of Birth 12/9/49

**2. CLAIM INFORMATION:**
Employer MacKenzie Service Corporation
Claim Administrator
Address 55 Moffitt Street
City, State, Zip Stratford CT 06615
Date of Injury 2/18/04 Date of Incapacity 2/18/04

**THE EMPLOYEE MUST COMPLETE ALL REQUIRED INFORMATION:**

Please return this form to your employer's workers' compensation Claim Administrator. If they do not receive this completed form promptly, it may result in a delay of your claim.

**3. MARITAL STATUS & EXEMPTION INFORMATION:** (Needed to calculate your weekly compensation payment)

Were you married at the time of your injury? ☑ Yes ☐ No If Yes, Spouse Name: Carol A. Wilson
If Yes, does your spouse work? ☑ Yes ☐ No Spouse SSN**: 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

Please put an appropriate number in each box -- you are entitled to one exemption for yourself and one for your spouse.

| | |
|---|---|
| Yourself | 1 |
| Spouse | 1 |
| Total Dependents Listed Below | |
| Total Other | |
| Total Number of Exemptions (Add all of the above) | 2 |

(**Other:** You may be entitled to additional exemptions if you or your spouse are over 65 or blind. Please contact your employer's workers' compensation Claim Administrator for further information.)

**4. DEPENDENT INFORMATION** List each dependent child below. A dependent child includes:
- Children under the age of eighteen living with you or whom you were required to support at the time of the injury
- Children you support who are over eighteen but who are mentally or physically incapacitated from earning
- Children under the age of twenty-three who are full-time students at an accredited educational facility

| Dependent's Name: | Dependent's Date of Birth: | Dependent's Social Security Number:** | If over 18 and under 23, Full-Time Student? |
|---|---|---|---|
| 1. NONE | | | ☐ Yes ☐ No |
| 2. | | | ☐ Yes ☐ No |
| 3. | | | ☐ Yes ☐ No |
| 4. | | | ☐ Yes ☐ No |
| 5. | | | ☐ Yes ☐ No |
| 6. | | | ☐ Yes ☐ No |
| 7. | | | ☐ Yes ☐ No |
| 8. | | | ☐ Yes ☐ No |
| 9. | | | ☐ Yes ☐ No |
| 10. | | | ☐ Yes ☐ No |

Employee Signature: Clayton L. Wilson Jr. Date: 3-3-04

** Completion of the Social Security Number for Spouse and Dependents is optional.

Employee Note: **DO NOT return this form to the Department of Labor and Training - RETURN TO Claim Administrator**

DWC-04 (01/03) *For instructions visit our web site:* *www.dlt.ri.gov/wc*

☐ PLEASE CHECK IF CORRECTED ... REPORT

State of Rhode Island
FULL-TIME WAGE STATEMENT (Hired for 20 hours or more per week)
Department of Labor and Training, Division of Workers' Compensation
PO Box 20190, Cranston, RI 02920-0942 Phone (401) 462-8100 TDD (401) 462-8006

DWC No. ____________

Insurer File No. 456 097701

**EMPLOYEE INFORMATION:**

SSN 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
Name Clayton Wilson
Hired for [40] hours each week (☐ Approximate)
Are these supplemental wages? ☐ Yes ☑ No
If yes, supplemental employer name: ____________
Maximum no. of exemptions [0] ☐ Single ☑ Married

**CLAIM INFORMATION:**

Employer: MacKenzie Service Corp
Insurance Co.: AIG
Claim Administrator: Michael Hallion
Injury date: 02/18/2004
Incapacity date: 02/19/2004
Hire date: 12/01/2003

## EMPLOYED LESS THAN 2 WEEKS:

If Yes:
1. List agreed upon hourly wage ____________
2. Number of hrs. per week for full-time employees ____________
3. Multiply #1 by #2 for average weekly wage $0.00

OR:
Give average weekly for same or similar employment: ____________

## EMPLOYED MORE THAN 2 WEEKS:

On the left side of the form, list gross wages prior to employee's first full day out of work. DO NOT include their week of hire or week of injury *unless* a full week was worked. DO NOT SKIP WEEKS. Please calculate any overtime and/or bonus paid SEPARATELY on the right side of the form below.

### LIST 13 CONSECUTIVE WEEKS:

| Week Number | Week Ending Date | No. of standard hrs. worked | Gross Wages (No Overtime) |
|---|---|---|---|
| 1 | ~~12/02/03~~ | ~~16~~ | ~~394.56~~ |
| 2 | 12/09/03 | 16 | 394.56 |
| 3 | 12/16/03 | 40 | 1,020.40 |
| 4 | 12/23/03 | 40 | 1,020.40 |
| 5 | 12/30/03 | 32 | 815.12 |
| 6 | 01/06/04 | 24 | 576.00 |
| 7 | 01/13/04 | 40 | 972.20 |
| 8 | 01/20/04 | 32 | 777.76 |
| 9 | 01/27/04 | 40 | 951.20 |
| 10 | 02/03/04 | 32 | 749.76 |
| 11 | 02/10/04 | 40 | 937.20 |
| 12 | 02/17/04 | 40 | 932.20 |
| 13 | ~~02/24/04~~ | ~~8~~ | ~~187.44~~ |
| Total number usable weeks: | | Total earnings: | 9,131.80 |

### BONUS AND OVERTIME CALCULATION:

| | |
|---|---|
| Number of weeks employed (up to 52) | Block 1: 11 |
| Total BONUS amount paid in past 52 weeks | Block 2: -0- |
| Divide Block 2 by Block 1 for average bonus | Block 3: -0- |
| Total OVERTIME amount paid in past 52 weeks | Block 4: 1,385.60 |
| Divide Block 4 by Block 1 for average overtime | Block 5: 125.96 |

### CALCULATION OF AVERAGE WEEKLY WAGE (AWW):

| | |
|---|---|
| 1. Total earnings from 13 weeks | 9,131.80 |
| 2. Total number usable weeks | 11 |
| 3. Divide total earnings by number of usable weeks | 830.16 |
| 4. Average bonus (Block 3 in BONUS AND OT) | -0- |
| 5. Add 3 and 4 for AWW excluding Overtime | 830.16 |
| 6. Average overtime (Block 5 in BONUS AND OT) | 125.96 |
| 7. Add 5 and 6 for Total Average Weekly Wage | 956.12 |

Print Preparer Name: Diane Essary Date: 3/9/04

Print Adjuster Name: ____________ Date: ____________

DWC-03F (01/03) Diane Essary [signature] *For instructions visit our web site:* www.dlt.ri.gov/wc

☐ PLEASE CHECK IF CORRECTION OF PRIOR REPORT

State of Rhode Island
**REPORT OF INDEMNITY PAYMENT**
Department of Labor and Training, Division of Workers' Compensation
PO Box 20190, Cranston, RI 02920-0942 Phone (401) 462-8100 TDD (401) 462-8006

DWC No. ______

Insurer File No. 456-097701

YOU **MUST** CHECK ONE OF THE FOLLOWING:
☑ TERMINATION OF BENEFITS UNDER NON-PREJUDICIAL AGREEMENT*
☐ PAYMENT UNDER MEMO OF AGREEMENT, ORDER OR DECREE

YOU **MUST** CHECK ONE OF THE FOLLOWING:
☐ INTERIM
☑ FINAL: Date of last weekly indemnity payment: ______

**1. EMPLOYEE INFORMATION:**

SSN 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
Name Clayton L. Wilson, Jr.
Address 446 Winter St.
City, State, Zip Woonsocket, RI 02895
Phone (401) 769-2103 Date of Birth 12/09/1949
Maximum no. of exemptions 2 ☐ Single ☑ Married

**2. CLAIM INFORMATION:**

Employer MacKenzie Service Co.
Insurance Co. AIG Claim Services, Inc
Claim Administrator same
Injury date 02/18/2004
Incapacity date 02/20/2004
Date of death ______ ☐ NOT work-related

**3. RATE INFORMATION:**

AWW including Overtime $956.12
Spendable Base Wage $774.27
Base Compensation Rate $580.70
AWW (include bonus/no OT) $830.16
Total Cost of Living Adjustment(s) ______
Weekly Dependency Rate $15.00

**4. WEEKLY COMPENSATION:**

| Indicate Payment Type | Payment period Date from | Payment period Date through | Number of Weeks & Days | Total Weekly Rate | Variable Partial Total Spendable | Compensation Paid | ☐ Settlement ☐ Deny&Dismiss |
|---|---|---|---|---|---|---|---|
| ☑TI ☐PI ☐DB | 02/20/2004 | 03/15/2004 | 3 and 3/7ths | $595.70 | | $2,042.40 | Amount: |
| ☐TI ☐PI ☐DB | | | | | | | Decree No. |
| ☐TI ☐PI ☐DB | | | | | | | Decree Date |

**5. WEEKLY COMPENSATION for Variable Partial Payments: (Complete information above also)**

| Week Ending | Gross Earnings | Spendable Earnings | Amount Paid | Week Ending | Gross Earnings | Spendable Earnings | Amount Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Signature: Michael Hallion
Date: 4/20/04

Print Name: Michael Hallion
RI Adjuster License Number: exp 8/31/2005
Phone & Extension: (617) 790-9094

***THE FOLLOWING NOTICE IS FOR EMPLOYEES TERMINATED UNDER A NON-PREJUDICIAL AGREEMENT ONLY**

Weekly compensation payments have stopped. The insurer/employer has not accepted liability for this claim. If you wish to protect any rights you may have under the Workers' Compensation Act, including possible entitlement to continued or future weekly compensation payments or payment of medical expenses, a petition must be filed with the Workers' Compensation Court within two (2) years from the first date of incapacity.

DWC-22 (01/03) *For instructions visit our web site: www.dlt.ri.gov/wc*

☐ PLEASE CHECK IF CORRECTION OF PREVIOUS REPORT

State of Rhode Island
**EMPLOYER'S FIRST REPORT OF ALLEGED OCCUPATIONAL INJURY OR DISEASE**
Department of Labor and Training, Division of Workers' Compensation
PO Box 20190, Cranston, RI 02920-0942
Phone (401) 462-8100 TDD (401) 462-8084 FAX (401) 462-8105

DWC No.
Insurer File No. 456-097701

**1. EMPLOYER LOCATION:**
FEIN 061177464
Name MACKENZIE SERVICE CORP
Address 55 MOFFITT ST
City, State, Zip STRATFORD CT 06615
Phone (203) 383-7300 Ext.
Type of Business PAINTING CONTRACTOR
NAICS
RI Unemployment Ins. No.

**2. EMPLOYER NAMED ON WC INSURANCE POLICY:** ☐ SAME AS BLOCK 1
FEIN
Name
Address
City, State, Zip
Phone ( ) Ext.
WC Policy Number 009698945

**3. INSURANCE COMPANY NAMED ON WC POLICY:**
FEIN 131938623
Name Commerce and Industry
Address 70 Pine Street
Address
City, State, Zip New York NY 10270
Phone (212) 770-7000 Ext.

**4. CLAIM ADMINISTRATOR:** ☐ SAME AS BLOCK 3
FEIN
Name AIG Claim Services
Address 99 Summer St
Address Boston
City, State, Zip MA 02110
Phone 617-790-9000 Ext.

**5. EMPLOYEE INFORMATION:** ☒ Male ☐ Female
SSN 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
Name CLAYTON WILSON
Address 446 WINTER STREET
City, State, Zip WOONSOCKET RI 02895
Phone (401) 769-2103
Date of Birth 09/12/1949
Occupation PAINTER
Date Hired 12/01/2003
State of Hire CT
Preferred Language of Employee: ☐ English ☐ Spanish ☐ Portuguese ☐ Other

**6. MEDICAL INFORMATION:**
Treatment Facility
Address
City, State, Zip Ext.
Phone ( )

**7. WITNESS INFORMATION:**
Name NONE. Phone ( )

**8. INJURY INFORMATION:**
Injury Date 02/18/2004 ☐ AM ☐ PM
Time injury occurred ☐ AM ☐ PM
Time employee began work ☐ NONE LOST
1. First full day lost from work 02/20/2004
2. Date returned to work (if appropriate)
3. Date employer notified of injury 02/20/2004
If fatal - **REPORT WITHIN 48 HOURS** - Date of death

What was person doing when injured?

List injured body parts and nature of injury: (ex: Broken left finger, lower back strain)
Parts of Body Affected: Lower Extremities:Knee(s)
Nature of Injury: All Other Cumulative Injury

Place where injury/illness occurred: ☐ At employer location listed in Block 1 OR Complete address where accident occurred: 1 TAYLOR DRIVE NEWPORT RI 02841

Was this injury previously an incident-only with no medical treatment and no time lost? ☐ Yes ☐ No
If Yes, date employer first notified of medical treatment or time lost

Category(ies) of injury or illness: ☐ Injury ☐ Illness ☐ Occupational Disease ☐ Repetitive Trauma ☐ Occupational Hearing Loss ☐ Unknown

Print Name of Report Preparer: ESSARY DIANE
Date Prepared
Phone & Extension (203) 383-7300

Print Name of Employer Contact Person OR ☐ Same as above
Phone & Extension

| DWC: County | Time A | Time W | OCC | Nature | Part | Source | Type |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

DWC-01 (01/03)
*For instructions visit our web site:* *www.dlt.state.ri.us/wc*

WC 8000d (1-03) UNIFORM INFORMATION SERVICES, INC.