# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 6

| 1. CONTRACT/PURCH. ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL | 4. REQ./PURCH. REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| N62472-00-D-0800 | 0003 | 2002Apr11 | PR-00-D-0800 | DO-C2 |

**6. ISSUED BY** CODE N62472

NAVAL FACILITIES ENGINEERING COMMAND
NORTHERN DIVISION
10 INDUSTRIAL HIGHWAY
MAIL STOP #82
LESTER PA 19113-2090

**7. ADMINISTERED BY** CODE

SEE ITEM 6

**8. DELIVERY FOR**

[X] DEST
[ ] OTHER

(See Schedule if other)

**9. CONTRACTOR** CODE 0CSS4 FACILITY 0CSS4

TRITON MARINE CONSTRUCTION CORP
DAVID BOYD
2181 CHICO WAY NW
BREMERTON WA 98312

**10. DELIVER TO FOB POINT BY (Date)**

SEE SCHEDULE

**11. MARK IF BUSINESS IS**

[ ] SMALL
[ ] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

**12. DISCOUNT TERMS**

**13. MAIL INVOICES TO THE ADDRESS IN BLOCK**

See Item 15

**14. SHIP TO** CODE

SEE SCHEDULE

**15. PAYMENT WILL BE MADE BY** CODE

DFAS OAKLAND
OPERATING LOCATION OAKLAND CODE FPV
P O BOX 23870
OAKLAND CA 94623-3870

MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.

**16. TYPE OF ORDER**

DELIVERY/CALL [X] — This delivery order/call is issued on another Govt. agency or in accordance with and subject to terms and conditions of above numbered contract.

PURCHASE [ ] — Reference your quote dated ... Furnish the following on terms specified herein.

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| Triton Marine Const | [signature] | John J. Lewis V.P | 4-11-02 |
|---|---|---|---|
| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD) |

[X] If this box is marked, supplier must sign Acceptance and return the following number of copies: 2

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**

See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICES | 20. QUANTITY ORDERED/ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

**24. UNITED STATES OF AMERICA**
BY: MARILYN COLOT
CONTRACTING/ORDERING OFFICER

25. TOTAL: [illegible]
29. DIFFERENCES
30. INITIALS

**26. QUANTITY IN COLUMN 20 HAS BEEN**

[ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE — SIGNATURE OF AUTHORIZED GOVT. REP.

27. SHIP NO. — [ ] PARTIAL [ ] FINAL
28. DO VOUCHER NO.
32. PAID BY
33. AMOUNT VERIFIED CORRECT FOR
31. PAYMENT — [ ] COMPLETE [ ] PARTIAL [ ] FINAL
34. CHECK NUMBER
35. BILL OF LADING NO.

36. I certify this account is correct and proper for payment.

DATE — SIGNATURE AND TITLE OF CERTIFYING OFFICER

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

DD Form 1155, JAN 1998 (EG) PREVIOUS EDITION MAY BE USED.

4-11-2 ; 13:15 ;Triton Marine Constr-3999218 2032883536;# 2/ 7

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

NAVFAC SPECIFICATION: MACC CONTRACT N62472-00-D-0800; TASK ORDER 0003- SWOS (DESIGN/BUILD) APPLIED INSTRUCTION BUILDING, AT THE NAVAL STATION, NEWPORT, RI

Contract N62472-00-D-0800, Task Order 0003 incorporates the following technical sections of Triton Marine Construction Corporation's proposals dated Jan 23, Feb 21, Mar 8th, Mar 19th, and 29 Mar 2002, which apply to the SWOS (Design/Build) Applied Instruction Building, at the Naval Station, Newport, RI contract:

Sub-factor Two – Management Approach
Sub-factor Three – Technical Experience, Expertise, Qualifications
Sub-factor Four – Project Schedule
Sub-factor Five – Site Development, Building Layout, Appearance

Pursuant to FAC 5252.237-9301, Substitutions of Key Personnel, contained in the solicitation and the contractor's technical proposals dated Jan 23, Feb 21, Mar 8th, Mar 19th, and 29 Mar 2002, the following personnel are hereby designed as Key Personnel:

Design Build Manager – Joseph T. Narby – Task Order 0003/SWOS
Design Manager – Charles B. Salem, A.I.A.
Architect/Spec. Writer, John Totty, A.I.A.
Structural Engineer, Craig Williams, P.E.
Structural Designer, Chris Sube, PE.
Mechanical Engineer, Mark Whitnell, P.E.
Civil Engineer, Doug Skiles, P.E.
Electrical Engineer, Merle Hawkins, P.E.
Electrical Designer, Kamlesh (M.J.) Fadia, P.E.
Fire Protection Engineer, Carl Co. Koslowski, P.E.
Construction Manager, Jason Heuler
Ass't. Construction Manager, Konrad Gross
Project Superintendent, Keith Singletary
Quality Assurance – Design, Russell Neudeck
Corporate Safety Manager, Richard D. Knight
NWBE Coordinator, Robin F. Waddell

The following clause is hereby incorporated into subject task order:

CLAUSE 5252.236-9999, "Equitable Adjustments: Waiver and Release of Claims"

a. Whenever the Contractor submits a claim for equitable adjustment under any clause of this Contract which provides for equitable adjustment of the Contract, such claim shall include all types of adjustments in the total amounts to which the clause entitles the Contractor, including, but not limited to, adjustments arising out or delays or disruptions or both caused by such change.
b. Except as the parties may otherwise expressly agree, the Contractor shall be deemed to have waived (1) any adjustments to which it otherwise might be entitled under the clause where such claim fails to request such adjustments, and (2) any increase in the amount of equitable adjustments additional to those requested in its claim.
c. The Contractor agrees that, if required by the Contracting Officer, he/she will execute a release, in form and substance satisfactory to the Contracting Officer, as part of the supplemental agreement setting forth the aforesaid equitable adjustment. The contractor further agrees that such release shall discharge the

Government, its officers, agents and employees, from any further claims, including but not limited to, further claims arising out of delays or disruptions or both caused by the aforesaid change.

SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1.00 | Lump Sum | $13,100,000.00 | $13,100,000.00 EST |

BASE BID
FFP - FFP - Design & Construction of Applied Instructin Bldg. (P-416)
Base Offer shall be the total price for providing all work complete in accordance with the drawings and specifications for the Design & Construction of the Applied Instruction Building (P-416), site improvements, utility connects, and incidental related work, but not including the work indicated or specified to be provided under any Option except Option 1 which is hereby combined with the Base Offer. The design of all parking areas is included in the base offer. All references to Option 1 in the RFp and/or Drawings shall be included in the Base Offer (Item 0001).
PURCHASE REQUEST NUMBER PR-00-D-0800

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | .00 | | $0.00 | $0.00 |

OPTION 1
FFP - OPTION 1 IS HEREBY COMBINED WITH THE BASE OFFER. ALL WORK INCLUDED IN OPTION 1 IS NOW INCLUDED IN THE BASE OFFER.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 1.00 | Lump Sum | $280,000.00 | $280,000.00 |

OPTION 2
FFP - FFP - PARKING DEVELOPMENT (92) SPACES,
Offer for Option 2 shall be the total price for the construction of Parking Development (92) spaces complete in accordance with the ddrawings and specifications. Reference NAVFAC Drawing No. 2210056. Option 2 may be exercised at the time of award or within 180 calendar days after award by the Contracting Officer. A firm fixed price offer is required for the option and no provision will be made for economic price adjustment. If Option 2 is exercised by the Contracting Officer, the contract completion date will not be extended.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | .00 | | $0.00 | $0.00 |

OPTION 3
FFP - Parking Development (63) Spaces. Offer for Option 3 shall be the total price for the contruction of Parking Development (63) Spaces complete in accordance with the drawings and specifications. Reference NAVFAC Ddrawings No. 2210056. OPTION 3 may be exercised at the time of award or within 180 calendar days after award by the Contracting Officer. A firm fixed price offer is required for the option and no provision will be made for economic price adjustment. If Option 3 is exercised by the Contracting Officer, the contract completion date will not be extended. Should Option 3 not be exercised by the Contracting Officer, the area shall remain in its existing condition.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | 1.00 | Lump Sum | $40,000.00 | $40,000.00 |

OPTION 4
FFP - Is the difference in price for providing Enhanced Finish Levels at the Quarterdeck in lieu of materials indicated in the RFP. Option 4 is the difference in price for providing design and constructin of Enhanced Finish levels at the Quarterdeck in lieu of materials indicated in the RFP complete in accordance with the drawings and specifications. Reference Section 13960, para. 2.2.3. OPTION 4 may be exercised at the time of award by the Contracting Officer. A firm fixed price is required for the option and no provision will be made for economic price adjustment. If Option 4 is exercised by the Contracting Officer, the contract completion date will not be extended.

SECTION G Contract Administration Data

ACCOUNTING AND APPROPRIATION DATA

AA: 17 02061205 2521 0323 05205 0 068732 2D 000800 AA00N0017345
AMOUNT: $13,420,000.00