Page 1 of 1

**Kruzewski, Robert J CIV NE09TC**

---

**From:** Richard Byerly [rbyerly@triton-marine.com]

**Sent:** Wednesday, March 17, 2004 4:21 PM

**To:** Kruzewski, Robert J CIV NE09TC

**Cc:** Hutchison , Al K LT (EFANE); Hutchison, Al K LT NE09TC; ksduncan@thehaskellco.com; Jon Archer

**Subject:** SWOS

Bob/Al,
As of 1500 hrs today Wednesday, March 17, 2004 Triton Marine Construction Corp and The Haskell Company have completely vacated the building and turned over to LT. Rickwalt, all keys to the building 1362 SWOS.

Respectfully,
Ric Byerly

Benef Occ Date