Rule 12I(B)(1) with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participants have received notice electronically:

Dulce Donovan
Assistant US Attorney
Chief, Civil Division
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 (401) 709-5017 Facsimile
dulce.donovan@usdoj.gov

Michael R. DeLuca, Esq. (3663)
Gidley Sarli & Marusak LLP
One Turks Head Place - Suite 900
Providence, RI 02903
274-6644 331-9304 Facsimile
Mrd@gsm-law.com

Valerie N. Kloecker, Esq. (#7327)
Bonner Kiernan Trebach & Crociata LLP
One Liberty Square - 6th Floor
Boston, MA 02109
800 - 840-5087 (617) 426-0380
Vkloecker@bktc.net

/s/ J. Scott Kilpatrick

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 FACSIMILE