UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CLAYTON WILSON | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action: 07-053S |
| | : | |
| THE UNITED STATES OF AMERICA, | : | |
| UNITED STATES DEPARTMENT OF | : | |
| THE NAVY, TRITON MARINE | : | |
| CONSTRUCTION CORP., alias, and | : | |
| THE HASKELL COMPANY, alias | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE ITS MEMORANDUM IN OPPOSITION TO DEFENDANTS' THE UNITED STATES OF AMERICA AND UNITED STATES DEPARTMENT OF NAVY MOTION TO DISMISS PURSUANT TO RULE 12(B)(1)**

The Plaintiff moves this Court for leave to file his Memorandum in Support of his Objection to Defendants, The United States of America and United States Department of the Navy Rule 12(B)(1) Motion to Dismiss on or before Friday, May 11, 2007.

Counsel for the movant has indicated they have no objection.

/s/ J. Scott Kilpatrick

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 FACSIMILE

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 7th day of May, 2007, I electronically filed the within Plaintiff Motion to Extend Time to File its Memorandum in Opposition to Defendants', United States of America and United States Department of Navy's Motion to Dismiss Pursuant to

Rule 12I(B)(1) with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participants have received notice electronically:

Dulce Donovan
Assistant US Attorney
Chief, Civil Division
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 (401) 709-5017 Facsimile
dulce.donovan@usdoj.gov

Michael R. DeLuca, Esq. (3663)
Gidley Sarli & Marusak LLP
One Turks Head Place - Suite 900
Providence, RI 02903
274-6644 331-9304 Facsimile
Mrd@gsm-law.com

Valerie N. Kloecker, Esq. (#7327)
Bonner Kiernan Trebach & Crociata LLP
One Liberty Square - 6th Floor
Boston, MA 02109
800 - 840-5087 (617) 426-0380
Vkloecker@bktc.net

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 FACSIMILE