UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CLAYTON WILSON | : | |
| VS. | : | |
| THE UNITED STATES OF AMERICA<br>UNITED STATES DEPARTMENT OF THE NAVY<br>TRITON MARINE CONSTRUCTION CORP., alias<br>And THE HASKELL COMPANY, alias | : | C.A. NO. 07-053S |
| VS. | : | |
| MACKENZIE PAINTING CO., INC. | : | |

ENTRY OF APPEARANCE

I, C. Russell Bengtson, hereby enter my appearance on behalf of third party defendant, MacKenzie Painting Co., Inc.

CARROLL, KELLY & MURPHY

/s/ C. Russell Bengtson
C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that on the 27th day of July, 2007, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Michael R. DeLuca, Esq., mrd@gsm-law.com , J. Scott Kilpatrick, Esq., jskilpatrick@cck-law.com, Valerie Nicole Kloecker, Esq., vkloecker@bktc.net will receive notice through the ECF system.

/s/ C. Russell Bengtson