UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CLAYTON WILSON | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action: 07-053S |
| THE UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF THE NAVY, TRITON MARINE CONSTRUCTION CORP., alias, and THE HASKELL COMPANY, alias | : | |
| Defendants. | : | |

**PLAINTIFF'S RULE 16 STATEMENT**

Pursuant to Rule 16 and Local Rule Cv 16 Plaintiff hereby provides the following brief statement of his case.

Plaintiff, Clayton Wilson, ("Plaintiff", "Mr. Wilson") commercial painter, employed by MacKenzie Service Corp. ("MacKenzie"). MacKenzie was a third-tier subcontractor on a project that involved the construction of a submarine simulator building in Newport, Rhode Island (the "Project"). The United States Navy had contracted with Defendant, Triton Marine Construction Corp. ("Triton") as general contractor on the Project, and Triton subcontracted a substantial part of that task to Defendant, The Haskell Company ("Haskell"). It was Haskell who hired MacKenzie.

Triton had a duty of due care for the safety of all workers on the Project, including Plaintiff. Triton and Haskell performing in the capacity as a general contractor, had a non-delegable duty to provide a safe work environment for all workers on the Project, including Plaintiff. Further, pursuant to the Contract, Triton agreed to and had an obligation and/or duty to comply with all pertinent provisions of the U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-

1. Pursuant to EM 385-1-1, Section 21.A.13, Triton was required to inspect access ways daily and maintain the same in a safe manner including, specifically, keeping the access ways free of ice and snow.

On or about February 18, 2004, at the end of the work day, Plaintiff was exiting the structure, where he had been working, and which was a subject of the Contract and part of the Project. He attempted to make his way away from the Project, and leave the premises to return home. The grounds outside the exit to the structure were in poor condition, with rough grade, and snow and ice. There was no pathway cleared, or erected for the workers. There was not a cleared and safe access way to and from the work area. While attempting to leave the Project, and while walking approximately ten to fifteen feet outside the exit of the structure, Plaintiff fell due to an accumulation of snow and ice. As a result of falling, the Plaintiff suffered severe and permanent injuries.

Plaintiff brought claims against the United States and the Department of the Navy, as well as Triton and Haskell. The United States and the Navy successfully moved to dismiss the cases against them, on the grounds they had delegated responsibility for the Project and the Project premises to Triton, and were immune under the Independent Contractor exception to the Federal Tort Claims Act. Haskell has now brought a third-party claim against MacKenzie.

Mr. Wilson is fifty-seven years of age. He has incurred medical expenses of approximately $15,000.00 and lost wages of approximately $100,000.00 to date. He is unable to work as a painter, despite two unsuccessful attempts to return to work. He has received workers compensation payments of $128,000.00.

Plaintiff,
By His Attorneys,
CHISHOLM CHISHOLM & KILPATRICK, LLP

By /s/ J. Scott Kilpatrick

J. SCOTT KILPATRICK RI Bar #4036
One Turks Head Place
Suite 1313
Providence, Rhode Island 02903
(401) 331-6300 Telephone
(401) 421-3185 Facsimile
Jskilpatrick@cck-law.com

Dated: August 28, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 28th day of August, 2007, I electronically filed the within Plaintiff 's Rule 16 Statement with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participants have received notice electronically:

Dulce Donovan
Assistant US Attorney
Chief, Civil Division
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000 (401) 709-5017 Facsimile
dulce.donovan@usdoj.gov

Michael R. DeLuca, Esq. (3663)
Gidley Sarli & Marusak LLP
One Turks Head Place - Suite 900
Providence, RI 02903
274-6644 331-9304 Facsimile
Mrd@gsm-law.com

Valerie N. Kloecker, Esq. (#7327)
Bonner Kiernan Trebach & Crociata LLP
One Liberty Square - 6th Floor
Boston, MA 02109
800 - 840-5087 (617) 426-0380
Vkloecker@bktc.net

C. Russell Bengtson, Esq. #1233
Carroll Kelly & Murphy
One Turks Head Place - Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 Facsimile
Rbengtson@ckmlaw.com

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 FACSIMILE