**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CLAYTON WILSON,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No.: 07-053S** |
| **THE UNITED STATES OF AMERICA,** | : | |
| **UNITED STATES DEPARTMENT OF THE NAVY,** | : | |
| **TRITON MARINE CONSTRUCTION CORP., alias,** | : | |
| **And THE HASKELL COMPANY, alias,** | : | |
| **Defendants.** | : | |
| **THE HASKELL COMPANY** | : | |
| **Defendant/Third-Party Plaintiff,** | : | |
| **v.** | : | |
| **MACKENZIE PAINTING CO., INC.** | : | |
| **Third-Party Defendant.** | : | |

**THE HASKELL COMPANY'S STATEMENT OF CLAIMS**

Pursuant to Rule 16 and Local Rule 16, the Defendant/Third-Party Plaintiff, The Haskell Company ("Haskell"), hereby provides the following brief statement of its claims

The Plaintiff, Clayton Wilson ("Plaintiff"), has asserted claims for negligence against Haskell and co-defendant Triton Marine Corporation ("Triton") for injuries allegedly sustained as a result of a February 18, 2005 slip and fall incident involving snow and/or ice. Plaintiff has also asserted a claim for breach of contract against co-defendant Triton.

Haskell maintains that it was not negligent in any manner. Haskell further maintains that to any extent that Haskell owed Plaintiff a duty, its conduct was reasonable under the circumstances. Significant to this case, the Newport, Rhode Island area (the location of

Plaintiff's alleged fall) had approximately 3 inches of snow between the hours of 2:30 a.m. and 6:00 p.m. on the day of Plaintiff's fall. Based on this, Haskell has also asserted the defenses of assumption of the risk and comparative negligence.

Haskell has asserted a cross claim against Triton for recovery of amounts which are found to be the result of the negligence of Triton, and not any negligence on the part of Haskell.

Haskell has also filed a Third-Party Complaint for indemnification against MacKenzie Painting Co., Inc. ("MacKenzie"), Plaintiff's employer at the time of the incident. Pursuant to the subcontract between Haskell and MacKenzie, MacKenzie was required to obtain comprehensive general liability insurance coverage which included Haskell as an Additional Insured. The coverage was to extent to matters involving independent contractors, contractual liability and/or personal injury. Moreover, pursuant to the contract, MacKenzie is required to defend and indemnify Haskell and others, such as Triton, "from and against any claim cost, attorneys' fees, expense or liability, attributable to bodily injury ... caused by, arising out of, resulting from, or occurring in connection with the performance of Work by [MacKenzie], its subcontractors and suppliers, or their agents, servants or employees."

**Defendant/Third-Party Plaintiff,**
**THE HASKELL COMPANY,**

/s/ Valerie N. Kloecker
Valerie N. Kloecker (#7327)
Bonner Kiernan Trebach & Crociata, LLP
55 Pine Street
Providence, RI 02903
Phone: (800) 840-5087
Fax: (617) 426-0380
vkloecker@bktc.net

Please send all correspondence to:
Valerie N. Kloecker
One Liberty Square, 6th Floor
Boston, MA 02109

DATED: August 28, 2007

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing document has hand delivered on this 28th day of August 2007 to:

| | |
|---|---|
| **Counsel for Plaintiff, Clayton Wilson:**<br><br>J. Scott Kilpatrick, Esq.<br>One Turks Head Place<br>Suite 1313<br>Providence, RI 02903 | **Counsel for Co-Defendant, Triton Marine Construction Corp:**<br><br>Michael R. De Luca, Esq.<br>Gidley, Sarli & Marusak, LLP<br>One Turks Head Place<br>Suite 900<br>Providence, RI 02903 |
| **Counsel for Third-Party Defendant, MacKenzie Painting Co., Inc.:**<br><br>C. Russell Bengtson, Esq.<br>One Turks Head Place<br>Suite 400<br>Providence, RI 02903 | |

____________________________
Valerie N. Kloecker