**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CLAYTON WILSON,**<br>**Plaintiff,** | :<br>: | |
| **v.** | : | **C.A. No.: 07-053S** |
| **THE UNITED STATES OF AMERICA,**<br>**UNITED STATES DEPARTMENT OF THE NAVY,**<br>**TRITON MARINE CONSTRUCTION CORP., alias,**<br>**And THE HASKELL COMPANY, alias,**<br>**Defendants.** | :<br>:<br>:<br>:<br>: | |
| **THE HASKELL COMPANY**<br>**Defendant/Third-Party Plaintiff,** | :<br>: | |
| **v.** | : | |
| **MACKENZIE PAINTING CO., INC.**<br>**Third-Party Defendant.** | :<br>: | |

## MOTION TO CONTINUE SETTLEMENT CONFERENCE

NOW COMES the Defendant and Third-Party Plaintiff, The Haskell Company ("Haskell"), and hereby requests that the Settlement Conference, which is currently scheduled for October 17, 2007 at 2:00 p.m., be continued until the week of November 12, 2007. As grounds, Haskell states that additional discovery is necessary for the parties to properly evaluate the settlement value of this case and to be able to engage in meaningful settlement discussions. Haskell further states that the undersigned counsel has conferred with plaintiff's counsel, and Plaintiff will not oppose this motion to continue.

WHEREFORE, the Defendant and Third-Party Plaintiff, The Haskell Company, respectfully requests that this Court continue the Settlement Conference until the week of November 12, 2007.

**Defendant/Third-Party Plaintiff,**
**THE HASKELL COMPANY,**

/s/ Valerie N. Kloecker

Valerie N. Kloecker (#7327)
Bonner Kiernan Trebach & Crociata, LLP
55 Pine Street
Providence, RI 02903
Phone: (800) 840-5087
Fax: (617) 426-0380
vkloecker@bktc.net

Please send all correspondence to:
Valerie N. Kloecker
One Liberty Square, 6th Floor
Boston, MA 02109

DATED: October 11, 2007

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has hand delivered on this 11th day of October 2007 to:

| | |
|---|---|
| **Counsel for Plaintiff, Clayton Wilson:**<br><br>J. Scott Kilpatrick, Esq.<br>One Turks Head Place<br>Suite 1313<br>Providence, RI 02903 | **Counsel for Co-Defendant, Triton Marine Construction Corp:**<br><br>Michael R. De Luca, Esq.<br>Gidley, Sarli & Marusak, LLP<br>One Turks Head Place<br>Suite 900<br>Providence, RI 02903 |
| **Counsel for Third-Party Defendant, MacKenzie Painting Co., Inc.:**<br><br>C. Russell Bengtson, Esq.<br>One Turks Head Place<br>Suite 400<br>Providence, RI 02903 | |

/s/ Valerie N. Kloecker
Valerie N. Kloecker