**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CLAYTON WILSON,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No.: 07-053S** |
| **THE UNITED STATES OF AMERICA,** | : | |
| **UNITED STATES DEPARTMENT OF THE NAVY,** | : | |
| **TRITON MARINE CONSTRUCTION CORP., alias,** | : | |
| **And THE HASKELL COMPANY, alias,** | : | |
| **Defendants.** | : | |
| **THE HASKELL COMPANY** | : | |
| **Defendant/Third-Party Plaintiff,** | : | |
| **v.** | : | |
| **MACKENZIE PAINTING CO., INC.** | : | |
| **Third-Party Defendant.** | : | |

**<u>EMERGENCY MOTION TO CONTINUE SETTLEMENT CONFERENCE</u>**

NOW COMES the Defendant and Third-Party Plaintiff, The Haskell Company ("Haskell"), and hereby requests that the Settlement Conference, which is currently scheduled for tomorrow, January 3, 2008 at 2:00 p.m., be continued until Thursday, January 31, 2008 at 2:00 p.m., or at some other date/time more convenient for the Court. As grounds, Haskell states that additional time is necessary as the moving party and the third-party defendant, MacKenzie Painting Co., Inc., continue to work towards resolving an issue arising under the subcontract between said parties, the determination of which is necessary for the parties to be able to engage in meaningful settlement discussions. Haskell further states that the undersigned counsel has conferred with plaintiff's counsel, and Plaintiff will not oppose this motion to continue.

WHEREFORE, the Defendant and Third-Party Plaintiff, The Haskell Company, respectfully requests that this Court continue the Settlement Conference until January 31, 2008 at 2:00 p.m., or at some other date/time more convenient for the Court.

**Defendant/Third-Party Plaintiff,**
**THE HASKELL COMPANY,**

/s/ Valerie N. Kloecker

Valerie N. Kloecker (#7327)
Bonner Kiernan Trebach & Crociata, LLP
55 Pine Street
Providence, RI 02903
Phone: (800) 840-5087
Fax: (617) 426-0380
vkloecker@bktc.net

Please send all correspondence to:
Valerie N. Kloecker
200 Portland Street, 4th Floor
Boston, MA 02114

DATED: January 2, 2008

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has hand delivered on this 2nd day of January 2008 to:

| | |
|---|---|
| **Counsel for Plaintiff, Clayton Wilson:**<br><br>J. Scott Kilpatrick, Esq.<br>One Turks Head Place<br>Suite 1313<br>Providence, RI 02903 | **Counsel for Co-Defendant, Triton Marine Construction Corp:**<br><br>Michael R. De Luca, Esq.<br>Gidley, Sarli & Marusak, LLP<br>One Turks Head Place<br>Suite 900<br>Providence, RI 02903 |
| **Counsel for Third-Party Defendant, MacKenzie Painting Co., Inc.:**<br><br>C. Russell Bengtson, Esq.<br>One Turks Head Place<br>Suite 400<br>Providence, RI 02903 | |

/s/ Valerie N. Kloecker
Valerie N. Kloecker