UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CLAYTON WILSON

VS. : C.A. NO. 07-053S

TRITON MARINE CONSTRUCTION CORP., Alias
and THE HASKELL COMPANY, Alias

VS.

MACKENZIE PAINTING CO., INC.

DISMISSAL STIPULATION

In the above entitled matter, the following has been agreed to by and between the parties:

All claims are hereby dismissed with prejudice – no interest – no costs.

CLAYTON WILSON

J. SCOTT KILPATRICK #4036
Chisholm Chisholm & Kilpatrick, LLC
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300 Telephone
(401) 421-3185 Facsimile
jskilpatrick@cck-law.com

TRITON MARINE CONSTRUCTION CORP.

MICHAEL R. DELUCA # 3663
Gidley Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 Telephone
(401) 331-9304 Facsimile
mrd@gsm-law.com

THE HASKELL COMPANY

VALERIE N. KLOECKER #7327
Bonner Kiernan Trebach & Crociata LLP
55 Pine Street
Providence, RI 02903
(800) 840-5087 Telephone
(617) 426-0380 Facsimile
vkloecker@bktc.net

MACKENZIE PAINTING CO., INC.

C. RUSSELL BENGTSON #1233
Carroll Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

CERTIFICATION

I hereby certify that on the 29th day of February, 2008, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Michael R. DeLuca, Esq., mrd@gsm-law.com , J. Scott Kilpatrick, Esq., jskilpatrick@cck-law.com, Valerie Nicole Kloecker, Esq., vkloecker@bktc.net will receive notice through the ECF system.

/s/ C. Russell Bengtson